# EXHIBIT A

Int. Cl.: **45**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,507,257**
Registered Sep. 30, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# JIM ADLER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "JIM ADLER" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-257,385, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: **45**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,503,851**
Registered Sep. 23, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# THE TEXAS HAMMER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEXAS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-257,396, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,503,852
Registered Sep. 23, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# EL MARTILLO TEJANO

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEJANO", APART FROM THE MARK AS SHOWN.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE TEXAS HAMMER.

SER. NO. 77-257,407, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY



# THE HAMMER

**Reg. No. 3,730,395**
Registered Dec. 29, 2009

**Int. Cl.: 45**

**SERVICE MARK**
**PRINCIPAL REGISTER**

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-4-2009; IN COMMERCE 3-4-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-245,818, FILED 8-2-2007.

MARK RADEMACHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office