IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>MCNEIL CONSULTANTS, LLC D/B/A §<br>ACCIDENT INJURY LEGAL CENTER, §<br>QUINTESSA MARKETING, LLC D/B/A §<br>ACCIDENT INJURY LEGAL CENTER §<br>and LAUREN VON MCNEIL, §<br>§<br>Defendants. § | CIVIL NO. 3:19-CV-2025-K |

**CERTIFICATE OF CONFERENCE FOR DEFENDANTS' MOTION TO QUASH
AND FOR PROTECTIVE ORDER**

I hereby certify that counsel for the parties held a telephonic conference on April 22, 2022 regarding Defendants' Motion to Quash and for Protective Order (Dkt. 51) and the relief sought therein. Plaintiffs did not agree regarding the requested relief and have stated they are opposed to the requested relief.  The issues in Defendants' Motion to Quash and for Protective Order have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

Date: April 22, 2022                              Respectfully submitted,

                                                  */s/ Rebecca L. Adams*
                                                  Christopher J. Schwegmann
                                                  Texas Bar No. 24051315
                                                  cschwegmann@lynnllp.com
                                                  Rebecca L. Adams
                                                  Texas Bar No. 24098255
                                                  radams@lynnllp.com
                                                  **LYNN PINKER HURST & SCHWEGMANN, LLP**
                                                  2100 Ross Avenue, Suite 2700
                                                  Dallas, Texas 75201
                                                  214-981-3800 – Telephone
                                                  214-981-3839 – Facsimile

                                                  **ATTORNEYS FOR DEFENDANTS
                                                  MCNEIL CONSULTANTS, LLC D/B/A
                                                  ACCIDENT INJURY LEGAL CENTER,
                                                  QUINTESSA MARKETING D/B/A ACCIDENT
                                                  INJURY LEGAL CENTER, AND LAUREN
                                                  VON MCNEIL**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

                                                  *Rebecca L. Adams*
                                                  Rebecca L. Adams

2