# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No.: 3:19-cv-02025-K-BN |
| § | |
| MCNEIL CONSULTANTS, LLC D/B/A § | |
| ACCIDENT INJURY LEGAL CENTER, § | **JURY DEMANDED** |
| QUINTESSA MARKETING, LLC D/B/A § | |
| ACCIDENT INJURY LEGAL CENTER, § | |
| and LAUREN MINGEE, § | |
| § | |
| Defendants. § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE MOTION
## FOR SANCTIONS FOR SPOLIATION OF EVIDENCE UNDER SEAL

Plaintiffs Jim S. Adler, P.C. and Jim Adler (collectively, "Adler") respectfully move this Court for an Order allowing the filing of Adler's Motion for Sanctions for Spoliation of Evidence under seal. Because Adler's Motion for Sanctions includes voluminous evidence designated by Defendants as "Confidential" or "Confidential-Attorneys' Eyes Only," counsel for Adler emailed Defendants' counsel on December 14, 2022 regarding the Motion. On December 15, Defendants' counsel stated that Defendants will not de-designate the evidence but do not oppose this motion.

In support of this motion, Adler submits as follows: throughout Adler's Motion for Sanctions, Adler describes, quotes, and cites deposition transcripts designated by Defendants "Confidential" or "Confidential-Attorneys' Eyes Only." Adler also describes, quotes, and cites several deposition exhibits, an expert report, and numerous documents designated by Defendants "Confidential" or "Confidential-Attorneys' Eyes Only." Such evidence includes but is not limited to information regarding Defendants' business strategies and records, call script, intake procedures, revenue and keyword purchases, and internal communications.

1

Given the nature of the information and Adler's Motion for Sanctions, as well as Defendants' designation of such evidence as "Confidential" or "Confidential-Attorneys' Eyes Only," Plaintiffs seek leave to file their Motion for Sanctions under seal. A Proposed Order is attached to this motion.

Dated: December 20, 2022                     Respectfully submitted,

*/s/ Jered E. Matthysse*
Jered E. Matthysse
 Texas Bar No. 24072226
 jmatthysse@pirkeybarber.com
Giulio Yaquinto
 Texas Bar No. 24107292
 gyaquinto@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 788702
(512) 322-5200
(512) 322-5201 (fax)

Kurt Kuhn
 Texas Bar No. 24002433
 kurt@kuhnhobbs.com
KUHN HOBBS PLLC
7000 N. MoPac Expy., Suite 315
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 (fax)

and

*/s/ Garrett W. Mize*
Garrett W. Mize
 Texas Bar No. 24089610
 gmize@jimadler.com
JIM S. ADLER & ASSOCIATES
The Tower at City Place
2711 North Haskell Avenue, Suite 2500
Dallas, Texas 75204
(214) 220-3224
(214) 220-3233 (fax)

**COUNSEL FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2022, a true and correct copy of the foregoing was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the court's local rules.

                                      */s/ Jered E. Matthysse*
                                      Jered E. Matthysse