**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No.: 3:19-cv-02025-K-BN |
| v. | § | |
| | § | **SEALED DOCUMENT** |
| | § | |
| MCNEIL CONSULTANTS, LLC D/B/A | § | **JURY DEMANDED** |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| QUINTESSA MARKETING, LLC D/B/A | § | |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| and LAUREN MINGEE, | § | |
| | § | |
| Defendants. | § | |

## APPENDIX TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit A – Declaration of Jim S. Adler | Appx. 1-4 |
| Exhibit 1 – Excel spreadsheet (ADLER_000644 – Confidential-Attorneys' Eyes Only – FILED UNDER SEAL) (FILED MANUALLY WITH THE COURT) | Appx. 5 |
| Exhibit 2 – Excel spreadsheet (ADLER_000645 Confidential-Attorneys' Eyes Only – FILED UNDER SEAL) (FILED MANUALLY WITH THE COURT) | Appx. 6 |
| Exhibit B – Declaration of Diana Rausa | Appx. 7-12 |
| Exhibit 1 – Article "How lawyer's TV ads became a billion-dollar industry" | Appx. 13-16 |
| Exhibit 2 – Plaintiffs' U.S. Trademark Registrations 3,507,257, 3,503,851, 3,730,395, and 3,503,852 | Appx. 17-21 |
| Exhibit 3 – Representative samples of Plaintiffs' use of Adler Marks in television, radio, billboard, and digital advertising | Appx. 22-75 |
| Exhibit 4 – Selected screenshots of Plaintiffs' Facebook and Instagram posts | Appx. 76-101 |
| Exhibit 5 – Article "The Texas Hammer: Lawyer Jim Adler talks advertising and the law" | Appx. 102-106 |
| Exhibit 6 – Article "The 10 Funniest Local Commercials to Ever Grace Our TV Screens" | Appx. 107-114 |

| Exhibit 7 – Article "Mattress Mack Is The New Rockets Owner Houston Deserves" | Appx. 115-120 |
| Exhibit 8 – Excerpts from the November 16, 2022 30(b)(6) Deposition of Quintessa Marketing, LLC [FILED UNDER SEAL] | Appx. 121-154 |
| Exhibit 9 – Excerpts from the Expert Report of R. Christopher Anderson With Respect to Damages dated July 14, 2022 and the Supplemental Expert Report of R. Christopher Anderson With Respect to Damages dated December 29, 2022 [FILED UNDER SEAL] | Appx. 155-170 |
| Exhibit 10 - Excerpts from the April 13, 2022 Deposition of Lauren Mingee [FILED UNDER SEAL] | Appx. 171-240 |
| Exhibit 11 – Excerpts from Defendants' First Amended Objections and Answers to Plaintiffs' First Set of Interrogatories dated March 11, 2022 | Appx. 241-246 |
| Exhibit 12 – Settlement and Mutual Release Agreement [FILED UNDER SEAL] | Appx. 247-253 |
| Exhibit 13 – Affidavit of Coety Bryant [FILED UNDER SEAL] | Appx. 254-263 |
| Exhibit 14 - Excerpts from the September 30, 2022 Deposition of Wallace Kittredge [FILED UNDER SEAL] | Appx. 264-286 |
| Exhibit 15 – Documents produced by Defendants, QUINTESSA_000933, 000934, and 000972 [FILED UNDER SEAL] | Appx. 287-290 |
| Exhibit 16 – Documents produced by Plaintiffs, ADLER_001769, 001771-1772 [FILED UNDER SEAL] | Appx. 291-294 |
| Exhibit 17 – Defendants' Intake Call Script [FILED UNDER SEAL] | Appx. 295-296 |
| Exhibit 18 - Excerpts from the September 28, 2022 Deposition of Mike Walker [FILED UNDER SEAL] | Appx. 297-317 |
| Exhibit 19 - Excerpts from the July 22, 2022 Deposition of Jason Love [FILED UNDER SEAL] | Appx. 318-330 |
| Exhibit 20 – Sample Engagement Agreements produced by Defendants [FILED UNDER SEAL] | Appx. 331-364 |
| Exhibit 21 – Documents produced by Defendants, QUINTESSA_000001, 002596-2598 [FILED UNDER SEAL] [QUINTESSA_000001 - FILED MANUALLY WITH THE COURT] | Appx. 365-369 |
| Exhibit 22 – Declarations dated July 14, 2022 and July 20, 2022 produced by Plaintiffs [FILED UNDER SEAL] | Appx. 370-378 |

| Exhibit 23 – Documents produced by Defendants [FILED UNDER SEAL] | Appx. 379-482 |
| Exhibit 24 – Disengagement requests produced by Defendants [FILED UNDER SEAL] | Appx. 483-503 |
| Exhibit 25 – Settlement Agreement and Release in Full of All Claims [FILED UNDER SEAL] | Appx. 504-506 |
| Exhibit 26 – Audio Recordings produced by Defendants [FILED UNDER SEAL] [FILED MANUALLY WITH THE COURT] | Appx. 507-551 |
| Exhibit 27 – Expert Report of Dr. David W. Stewart, Ph.D, Accident Injury Legal Center and Keyword Advertisements: A Likelihood of Confusion Survey Report (exhibits omitted) | Appx. 552-571 |
| Exhibit 28 – Excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admission dated August 31, 2022 | Appx. 572-575 |

Dated: January 13, 2023

Respectfully submitted,

*/s/ Jered E. Matthysse*
Jered E. Matthysse
Texas Bar No. 24072226
jmatthysse@pirkeybarber.com
Giulio Yaquinto
Texas Bar No. 24107292
gyaquinto@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 788702
(512) 322-5200
(512) 322-5201 (fax)

Kurt Kuhn
Texas Bar No. 24002433
kurt@kuhnhobbs.com
KUHN HOBBS PLLC
7000 N. MoPac Expy., Suite 315
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 (fax)

and

/s/ *Garrett W. Mize*
Garrett W. Mize
 Texas Bar No. 24089610
 gmize@jimadler.com
JIM S. ADLER & ASSOCIATES
The Tower at City Place
2711 North Haskell Avenue, Suite 2500
Dallas, Texas 75204
(214) 220-3224
(214) 220-3233 (fax)

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, a true and correct copy of the foregoing was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the court's local rules. I have also served a copy of the foregoing via email on the following:

radams@lynnllp.com
cschwegmann@lynnllp.com
bmunshi@lynnllp.com
ssmoot@lynnllp.com
nstallbohm@lynnllp.com
dholmes@lynnllp.com

*/s/ Jered E. Matthysse*
Jered E. Matthysse

# EXHIBIT A

Declaration of Jim S. Adler

FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

JIM S. ADLER, P.C. and JIM ADLER,    §
                                     §
         Plaintiffs,                 §
                                     §
v.                                   §    CIVIL ACTION NO. 3:19-cv-02025-K-BN
                                     §
MCNEIL CONSULTANTS, LLC D/B/A        §    **SEALED DOCUMENT**
ACCIDENT INJURY LEGAL CENTER,        §
QUINTESSA MARKETING, LLC D/B/A       §    **JURY DEMANDED**
ACCIDENT INJURY LEGAL CENTER, and    §
LAUREN MINGEE,                       §
                                     §
         Defendants.                 §

## DECLARATION OF JIM S. ADLER

I, Jim S. Adler, make the following declaration:

1.    I make this declaration based on my own personal knowledge of the facts stated herein or based on business records made available to me. I could and would competently testify as to the matters set forth below if called upon to do so.

2.    I am the founder of Jim S. Adler, P.C. (the "Adler firm"), a Texas corporation with a principal place of business at 1900 West Loop South, 20th Floor, Houston, Texas 77027.

3.    I graduated from the University of Texas School of Law in 1967 and was licensed to practice law in Texas the same year. I eventually moved to private practice in 1973 when I founded the Adler firm.

4.    The Adler firm's practice focuses on personal-injury cases of all types, with a particular focus on auto accidents. Today, the Adler firm is one of the most recognized and successful personal-injury firms in Texas. We employ over three hundred people and have offices in Houston, Dallas, San Antonio, and Channelview.

5.    After the United States Supreme Court ruled in 1977 that attorneys could legally advertise their services, I became one of the first lawyers in Texas to advertise on television. The Adler firm's efforts to engage in advertising stem from a belief that accident victims, who

are often unfamiliar with the legal system, should be aware of their rights. The Adler firm has continuously run ads across various media channels in Texas for more than forty years.

6.     The Adler firm and I have continuously used several trademarks since the early 1990s to identify and promote the firm and our services, including Jim Adler, The Texas Hammer, The Hammer, and El Martillo Tejano. We often use multiple marks together in our advertising and commercials (*e.g.*, "Jim Adler, The Texas Hammer").

7.     As a result of our efforts and investments, consumers in Texas strongly associate myself, the Adler firm, and our trademarks with our personal-injury services and our fighting on behalf of accident victims and their families.

8.     It is the regular practice of the Adler firm to track its revenue and advertising expenses. The Adler firm has, in the ordinary course of its business, maintained information related to its revenue and advertising expenses. These records are created by personnel of the Adler firm in the ordinary course of business and by a person or persons with knowledge and a business duty to transmit those matters.

9.     Attached as **Exhibit 1** is a spreadsheet summarizing the Adler firm's annual revenue from 2012 to 2022.

10.    Attached as **Exhibit 2** is a spreadsheet summarizing the Adler firm's annual advertising expenses from 2012 to 2022.

11.    My son Bill Adler and I, along with the Adler firm, regularly participate in civic functions and charitable fundraising for various local and national organizations, including Teach for America, the North Texas Food Bank, and Habitat for Humanity. In recognition of those efforts, the City of Houston declared July 31, 2021, "Jim Adler Day."

12.    In addition, Bill and I often participate in media interviews concerning the personal-injury field in general and the Adler firm in particular. We have been interviewed by various local television and radio outlets, as well as by national outlets such as CBS, Telemundo, and HuffPost.

2

The Adler firm and its television commercials have also been featured on HBO's *Last Week Tonight with John Oliver*, a news satire program broadcast globally.

Executed in Houston, Texas on January 12, 2023.

Jim S. Adler

3

# EXHIBIT 1

(To the Declaration of Jim S. Adler)

FILED UNDER SEAL

See Native Excel filed marked ADLER_000644

CONFIDENTIAL – ATTORNEYS' EYES ONLY

FILED MANUALLY WITH THE COURT





# EXHIBIT 2

(To the Declaration of Jim S. Adler)

FILED UNDER SEAL

See Native Excel filed marked ADLER_000645

CONFIDENTIAL – ATTORNEYS' EYES ONLY

FILED MANUALLY WITH THE COURT





# **EXHIBIT B**

## Declaration of Diana Rausa

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-cv-02025-K-BN |
| | § | |
| MCNEIL CONSULTANTS, LLC D/B/A | § | **JURY DEMANDED** |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| QUINTESSA MARKETING, LLC D/B/A | § | |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| and LAUREN MINGEE, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF DIANA RAUSA IN SUPPORT OF**
**PARTIAL MOTION FOR SUMMARY JUDGMENT**

I, Diana Rausa declare as follows:

1.     I am a paralegal employed by the law firm of Pirkey Barber PLLC, which represents Plaintiffs Jim S. Adler, P.C. and Jim Adler ("Plaintiffs") in this case.

2.     Attached as **Exhibit 1** is a true and correct copy of a screenshot of an article from CBS News titled "How lawyer's TV ads became a billion-dollar industry" dated February 13, 2022 available at cbsnews.com/news/lawyer-commercials-a-billion-dollar-industry/ which I captured on May 27, 2022 and which was produced by Plaintiffs.

3.     Attached as **Exhibit 2** are true and correct copies of registration certificates for U.S. Trademark Registration Numbers 3,507,257, 3,503,851, 3,730,395, and 3,503,852 and which were produced by Plaintiffs.

4.     Attached as **Exhibit 3** are true and correct copies of representative samples of Plaintiffs' use of the Adler marks in television, radio, billboard, and digital advertising and which were produced by Plaintiffs.

1

5.      Attached as **Exhibit 4** are true and correct copies of screenshots of posts from Plaintiffs' Facebook and Instagram accounts which I captured on January 26, 27, 2022 and June 2, 3 and 6, 2022 and which were produced by Plaintiffs.

6.      Attached as **Exhibit 5** is a true and correct copy of a screenshot of an article from the Dallas Business Journal titled "The Texas Hammer: Lawyer Jim Adler talks advertising and the law" dated June 12, 2015 available at https://www.bizjournals.com/dallas/news/2015/06/12/the-texas-hammer-lawyer-jim-adler-talks.html which I captured on May 27, 2022 and was produced by Plaintiffs.

7.      Attached as **Exhibit 6** is a true and correct copy of a screenshot of an article from the Dallas Observer titled "The 10 Funniest Local Commercials to Ever Grace Our TV Screens" dated February 16, 2021 available at https://www.dallasobserver.com/arts/the-10-funniest-local-commericals-ever-to-grace-your-tv-screen-11984278 which I captured on May 27, 2022 and was produced by Plaintiffs.

8.      Attached as **Exhibit 7** is a true and correct copy of a screenshot of an article from the SB Nation titled "Mattress Mack Is The New Rockets Owner Houston Deserves" dated August 31, 2017 available at https://www.thedreamshake.com/2017/8/31/16231608/mattress-mack-is-the-new-rodkcets-owner-houston-deserves which I captured on May 27, 2022 and was produced by Plaintiffs.

9.      Attached as **Exhibit 8** are true and correct copies of excerpts from the November 16, 2022 30(b)(6) deposition of Quintessa Marketing, LLC. **[FILED UNDER SEAL]**

10.     Attached as **Exhibit 9** are true and correct copies of excerpts from the Expert Report of R. Christopher Anderson With Respect to Damages dated July 14, 2022 and the Supplemental Expert Report of R. Christopher Anderson With Respect to Damages dated December 29, 2022. **[FILED UNDER SEAL]**

2

11.     Attached as **Exhibit 10** are true and correct copies of excerpts from the April 13, 2022 deposition of Lauren Mingee. **[FILED UNDER SEAL]**

12.     Attached as **Exhibit 11** are excerpts from Defendants' First Amended Objections and Answers to Plaintiffs' First Set of Interrogatories (Nos. 1-14) dated March 11, 2022.

13.     Attached as **Exhibit 12** is a true and correct copy of a Settlement and Mutual Release Agreement between Gorayeb & Associates, P.C. and McNeil Consultants LLC, Quintessa Marketing, LLC, Accident Injury Law Center, Lauren McNeil filed in the U.S. District Court, Southern District of New York, Case No. 17-cv-3805, *Gorayeb & Associates, P.C. v. Google, Inc., et al.* produced by Plaintiffs. **[FILED UNDER SEAL]**

14.     Attached as **Exhibit 13** is a true and correct copy of the Affidavit of Coety Bryant. **[FILED UNDER SEAL]**

15.     Attached as **Exhibit 14** are true and correct copies of excerpts from the September 30, 2022 deposition of Wallace Kittredge. **[FILED UNDER SEAL]**

16.     Attached as **Exhibit 15** are true and correct copies of documents produced by Defendants bearing production numbers QUINTESSA_000933, 00934, and 000972. **[FILED UNDER SEAL]**

17.     Attached as **Exhibit 16** are true and correct copies of documents produced by Plaintiffs showing Defendants' ads. **[FILED UNDER SEAL]**

18.     Attached as **Exhibit 17** is a true and correct copy of Defendants' intake call script produced by Defendants. **[FILED UNDER SEAL]**

19.     Attached as **Exhibit 18** are true and correct copies of excerpts from the September 28, 2022 deposition of Mike Walker. **[FILED UNDER SEAL]**

20.     Attached as **Exhibit 19** are true and correct copies of excerpts from the July 22, 2022 deposition of Jason Love. **[FILED UNDER SEAL]**

21.    Attached as **Exhibit 20** are true and correct copies of engagement agreements produced by Defendants. **[FILED UNDER SEAL]**

22.    Attached as **Exhibit 21** are true and correct copies of documents produced by Defendants bearing production numbers QUINTESSA_000001, 002596-002598. **[FILED UNDER SEAL] [QUINTESSA_000001 FILED MANUALLY]**

23.    Attached as **Exhibit 22** are true and correct copies of the Declarations of Martin Espinoza dated July 14, 2022 and Warren Jackson dated July 20, 2022 which were produced by Plaintiffs. **[FILED UNDER SEAL]**

24.    Attached as **Exhibit 23** are true and correct copies of emails Defendants received from various law firms and attorneys and produced by Defendants. **[FILED UNDER SEAL]**

25.    Attached as **Exhibit 24** are true and correct copies of disengagement requests produced by Defendants. **[FILED UNDER SEAL]**

26.    Attached as **Exhibit 25** is a true and correct copy of a settlement agreement produced by Defendants. **[FILED UNDER SEAL]**

27.    Attached as **Exhibit 26** are true and correct copies of call recordings produced by Defendants bearing production numbers 1376, 1473, 1491, 1497, 1497, 1506, 1525, 1548, 1593, 1597, 1598, 1606, 1613, 1614, 1625, 1632, 1633, 1654, 1673, 1683, 1688, 1701, 1702, 1710, 1711, 1712, 1716, 1722, 1729, 1730, 1740, 1741, 1753, 1775, 1777, 1779, 1781, 1790, 1793, 1795, 1805, 1806, 1807, 1823, 2608. **[FILED UNDER SEAL] [FILED MANUALLY]**

28.    Attached as **Exhibit 27** is a true and correct copy of the Expert Report of Dr. David W. Stewart, Ph.D., Accident Injury Legal Center and Keyword Advertisements: A Likelihood of Confusion Survey Report (exhibits omitted) dated July 11, 2022.

29.    Attached as **Exhibit 28** are true and correct copies of excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admission dated August 31, 2022.

4

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January

13, 2023 in Austin, Texas.

_/s/ Diana Rausa_
Diana Rausa

5

# EXHIBIT 1

(To the Declaration of Diana Rausa)



ADLER_000131

**Appx. 14**



*Jim Adler -the Stand Tough 30s (Houston T). - Jim Adler & Associates on YouTube*

Attorney Trish Rich works with law firms to ensure their advertisements meet ethics requirements. "TV advertising in the United States for lawyers is a billion-dollar-a-year industry alone," she told Knighton.

She sees the ads as providing a service. "For most Americans who are just hiring a lawyer once or twice in their life, they often don't know lawyers. And so, lawyer advertising has helped connect a whole lot of Americans to legal help when they need it."

Today, there's plenty of help to choose from.

"The competition for clients has gotten more and more fierce over the years," said Rich. "And so, it really incentivizes a lot of lawyers to get flashier and flashier with their advertising."

Bryan Wilson, the "Texas Law Hawk," was born in 1986, which means he grew up in a world in which legal advertising was commonplace. "Jim Adler'd be standing on a semi and he'd have a hammer and he'd break something," Wilson said. "The more and more amped up he got, the more and more I liked it. And so, that's kinda what I was thinking: What if I go way over-the-top with a video?"

*Presenting Bryan Wilson, the "Texas Law Hawk":*



*Bryan Wilson, the Texas Law Hawk Commercial - Commercial 2 by Bryan Wilson on YouTube*

Wilson's over-the-top ads feature jet skis and motorcycles. But the most notable difference from his predecessors? He's never paid a cent for a television commercial, his ads are all online.

Wilson said, "Most of my clients are my age or younger. I will usually not get somebody in their 60s. They usually have not seen my videos!"

But millions of people have. Wilson's ads went viral on YouTube.

Knighton asked, "Is 'funny' what people want in an attorney?"

"I think that they're gonna get that there are two sides to me," Wilson replied, "and that's why I include in my videos at least one serious segment, usually, where I'm talking normally."

All legal advertising, whether its online or on air, has to comply with restrictions put in place by individual state bar associations.

*Kentucky lawyer Darryl Isaacs, of Isaacs & Isaacs, appears in this 2018 Super Bowl commercial fighting insurance company zombies, with the help of a dragon:*



*Super Bowl Commercial Video 2018 - Zombies Vs. Dragon & The Hammer*



ADLER_000132



The Kentucky Bar deals with their Hammer, while the Alabama Bar regulates theirs. There's a weird amount of 'hammer lawyers'!

Including a second one in the same family - Jim AND Bill Adler. "Double the Hammers, DOUBLE THE JUSTICE!"

To date, Adler says his firm has spent more than $100 million on advertising. It works!

Which means these types of ads aren't slowing down any time soon.

For more info:

- Jim Adler & Associates
- Trish Rich, New York University School of Law
- Bryan Wilson, the Texas Law Hawk

*Story produced by David Rothman. Editor: Remington Korper.*

**Trending News**

*First published on February 13, 2022 / 10:45 AM*

*© 2022 CBS Interactive Inc. All Rights Reserved.*

ⓈCBS NEWS
Copyright ©2022 CBS Interactive Inc. All rights reserved

Privacy Policy   Do Not Sell My Personal Information   Cookies Policy   Terms of Use   About   Advertise   Closed Captioning   CBS News Live on Paramount+   CBS News Store   Site Map   Contact Us   Help

ADLER_000133

Appx. 16

# EXHIBIT 2

(To the Declaration of Diana Rausa)

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**Reg. No. 3,507,257**

## United States Patent and Trademark Office

Registered Sep. 30, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# JIM ADLER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

   FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

   FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   THE NAME "JIM ADLER" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

   SER. NO. 77-257,385, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Appx. 18

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,503,851

Registered Sep. 23, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# THE TEXAS HAMMER

JIM S. ADLER, P.C. (TEXAS CORPORATION)

1900 WEST LOOP SOUTH, 20TH FLOOR

HOUSTON, TX 770273214

   FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

   FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEXAS", APART FROM THE MARK AS SHOWN.

   SER. NO. 77-257,396, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Appx. 19



**United States Patent and Trademark Office**

# THE HAMMER

| | |
|---|---|
| **Reg. No. 3,730,395** | JIM S. ADLER, P.C. (TEXAS CORPORATION) |
| **Registered Dec. 29, 2009** | 1900 WEST LOOP SOUTH, 20TH FLOOR<br>HOUSTON, TX 770273214 |
| **Amended Apr. 2, 2013** | FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101). |
| **Int. Cl.: 45** | FIRST USE 3-4-2009; IN COMMERCE 3-4-2009. |
| **SERVICE MARK** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| **PRINCIPAL REGISTER** | REGISTRATION LIMITED TO THE AREA COMPRISING THE UNITED STATES, EXCLUDING THE STATES OF INDIANA AND OHIO AND THE COMMONWEALTH OF KENTUCKY, PURSUANT TO CONCURRENT USE PROCEEDING NO. 94002464. CONCURRENT USE WITH APPLICATION SERIAL NO. 77701833. |

SER. NO. 77-245,818, FILED 8-2-2007.



Acting Director of the United States Patent and Trademark Office

Appx. 20

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**Reg. No. 3,503,852**

United States Patent and Trademark Office    Registered Sep. 23, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# EL MARTILLO TEJANO

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEJANO", APART FROM THE MARK AS SHOWN.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE TEXAS HAMMER.

SER. NO. 77-257,407, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Appx. 21

# EXHIBIT 3
(To the Declaration of Diana Rausa)

ADLER_000575
Appx. 23





ADLER_000302

**Appx. 24**



ADLER_000169

**Appx. 25**









ADLER_000381

Appx. 29

**Tobor, Ben D. (Shld-Hou-IP-Tech)**

| | |
|---|---|
| **From:** | Tobor, Ben D. (Shld-Hou-IP-Tech) |
| **Sent:** | Monday, August 20, 2018 3:22 PM |
| **To:** | Tobor, Ben D. (Shld-Hou-IP-Tech) |
| **Subject:** | Sent from Snipping Tool |

## 18 Wheeler Accident Attorney



## Jim Adler On Top Of Big Truck



https://www.jimadler.com/about-us/videos/

1

ADLER_000373

**Appx. 30**

**Tobor, Ben D. (Shld-Hou-IP-Tech)**

| | |
|---|---|
| **From:** | Tobor, Ben D. (Shld-Hou-IP-Tech) |
| **Sent:** | Monday, August 20, 2018 2:47 PM |
| **To:** | Tobor, Ben D. (Shld-Hou-IP-Tech) |
| **Subject:** | Sent from Snipping Tool |

## Jim Adler On Top Of Big Truck



## Big Rig Truck Accident Attorney



## Automobile Accident Attorney



https://www.jimadler.com/about-us/videos/

1

ADLER_000374

**Appx. 31**



Jim Adler - Angry 1 (Car Wreck) 30s

10,179 views • Feb 8, 2019

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000070

Appx. 32



https://www.youtube.com/watch?v=bnbLUJO3vYw — 10/05/2021

Bill Adler - Angry 3 (English 30)

2,494 views · May 7, 2019

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000071

Appx. 33

**Jim Adler**
**Barking Dogs # 1D**

Jim stands in junkyard amidst wrecked cars.

**Graphics:**

Car Wrecks
Truck Wrecks
SUV Wrecks
Motorcycle Wrecks

The TEXAS HAMMER

Jim Adler & Associates
www.JimAdler.com
713-777-4000
1-800-2HAMMER

SPOKESPERSONS FOR JIM ADLER

CAR TRUCK OR MOTORCYCLE WRECK?

Spokesperson

**AUTO ACCIDENT**
**$626,000**
**Broken Jaw**
**Broken Collarbone**

Spokesperson
Principal Office: Houston, Texas

Call me right now!

**VO:  Terribly hurt?**

**Jim Adler on Camera:** I'm Jim Adler, The Texas Hammer.  When greedy insurance companies cheat car wreck victims......I get angrier than a junkyard dog. It's time to bark! I'll get their attention

**(Jim Adler VO)**
My client rolled over and broke her jaw and collarbone. I hammered and put **$626,000** dollars in her pocket.

 **Jim Adler on Camera:**  I growl and bark. I fight for the money and benefits the law says is yours.

**Talent 1 on Camera:**

Stop barking up the wrong tree!  Call Jim Adler.

<mark>Alt: I call Jim Adler he doesn't growl he bites.</mark>

**Jim Adler on Camera**:

 Let's talk about your case for free.

**Announcer:**

Call Jim Adler, The Texas Hammer. 713-777-4000.

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

| Jim Adler | VO: BADLY HURT IN A CAR WRECK? |
|---|---|
| **Jim Adler**<br>**Barking Dogs # 2D (Bill)**<br><br>Jim stands in junkyard amidst wrecked cars.<br><br>**Graphics:**<br><br>Car Wrecks<br>Truck Wrecks<br>SUV Wrecks<br>Motorcycle Wrecks<br><br>The TEXAS HAMMER<br><br>Jim Adler & Associates<br>www.JimAdler.com<br>713-777-4000<br>1-800-2HAMMER<br><br>SPOKESPERSONS FOR JIM ADLER<br><br>CAR TRUCK OR MOTORCYCLE WRECK?<br><br>Spokesperson<br><br>**18-WHEELER ACCIDENT**<br>**$503,500**<br>**BROKEN HIP & BACK**<br>**BACK SURGERY**<br><br>Spokesperson<br>Principal Office: Houston, Texas<br><br>Call me right now! | **VO: BADLY HURT IN A CAR WRECK?**<br><br>**Jim Adler on Camera:**<br><br>I'm Jim Adler, The Texas Hammer. When big bad insurance companies start their slow pay no pay ways…I get angrier than a junkyard dog…I bark at 'em…that makes their ears perk right up.<br><br>Alt: I growl and bite like a junkyard dog.<br><br>**(Jim Adler VO)**<br><br>I barked louder…and got my client **$503,500** dollars in his pocket when he was rear ended by an 18-Wheeler and broke his hip and back.<br><br>**Jim Adler on Camera:**<br><br>Let me **TAKE OVER**! I'll fight for the money and benefits the law says is yours.<br><br>**Talent 1 on Camera:**<br><br>*Just say NO to NO PAY - SLOW PAY*!<br><br>**Announcer:**<br><br>Call Jim Adler, The Texas Hammer for free. 713-777-4000. |

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000073

Appx. 35

| **Bill Adler** | **VO: HORRIBLY HURT?** |
|---|---|
| **Barking Dogs #3D** | |
| | **Bill Adler on Camera:** |
| Bill stands in junkyard amidst wrecked cars. | |
| | I'm Texas injury lawyer Bill Adler. Do you |
| **Graphics:** | want to know what gets the greedy insurance |
| | companies attention? Barking at them like a |
| Car Wrecks | junkyard dog! |
| Truck Wrecks | |
| SUV Wrecks | **(Bill Adler VO)** |
| Motorcycle Wrecks | |
| | I barked loud to get my client $505,000 dollars |
| The TEXAS HAMMER | in her pocket for her motorcycle wreck and |
| | broke her wrist and had leg surgery. |
| Jim Adler & Associates | |
| www.JimAdler.com | **Bill Adler on Camera:** |
| 713-777-4000 | |
| 1-800-2HAMMER | I bark and bite for the money and loss |
| | paycheck the law says is yours. |
| SPOKESPERSONS FOR JIM ADLER | |
| | **Talent 1 on Camera:** |
| CAR TRUCK OR MOTORCYCLE WRECK? | |
| | ***Bill Adler fights stall and low ball offers!*** |
| Spokesperson | |
| | **Announcer:** |
| MOTORCYCLE WRECK | |
| $505,000 | Call Texas injury lawyer Bill Adler. 713-777- |
| BROKEN WRIST | 4000. It cost you nothing. |
| LEG SURGERY | |
| | |
| Spokesperson | |
| Principal Office: Houston, Texas | |
| | |
| Call me right now! | |

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000074

**Appx. 36**



Jim Adler - Barking 1 (Car wreck)

14,127 views • Feb 8, 2019

👍 73   👎 4   ↪ SHARE   ≡+ SAVE   ...

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000075



Bill Adler - Barking 2 (Car Wrecks) - 30s

5,075 views · Feb 8, 2019

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000076







04/06/2020

ADLER_000326

**Appx. 41**

Jim Adler & Associates Law Firm | Texas Personal Injury Lawyers                    Page 1 of 6



(https://www.jimadler.com)

| 📞 Call Jim Adler Now (tel:(877) 959-6328) |

| 👉 | (/el-martillo-tejano/) |

# The Hammer Law Firm℠
# Texas Personal Injury Lawyers

## We Are Still Accepting New Cases – Read Our COVID-19 FAQs (https://www.jimadler.com/covid-19-faqs/)

### A Message Regarding COVID-19:

Like all of you, we are adapting to the new reality of "social distancing" and other health precautions required by the coronavirus. We are still working hard for you, and we are still here to answer any questions you may have about your case. However, CDC guidelines and other government mandates have affected our usual business operations. Some of our attorneys and staff are currently working from home, and those of us who are still at the office must take additional precautions to limit the spread of this disease.

As a result, all clients must have an appointment before visiting a Jim Adler office in person until further notice. If you would like an appointment, please call our office to set one up before visiting. We will attempt to address your concern over the phone so that you can avoid having to travel. Clients who visit our office without an appointment may be turned away for both your safety and ours, as excessive in-person contact risks spreading COVID-19, and all meetings should be kept to a minimum.

If you call our office and we miss your call, please be sure to leave a detailed message. We will call you

https://www.jimadler.com/                                      Monday, April 6, 2020

ADLER_000327

**Appx. 42**

Jim Adler & Associates Law Firm | Texas Personal Injury Lawyers                    Page 2 of 6

back as quickly as possible to address your concerns.

Thank you for your patience and understanding during this critical time.

_____

With over 30 years of experience in handling personal injury cases, our team of personal injury lawyers will be with you every step of the way. There are many personal injury attorneys in Texas, but there's only one Texas Hammer. Over the past 30 years, our team of lawyers has offered professional legal representation to those involved in personal injury, auto and other types of accidents.

We fight for justice on behalf of our clients and their families. If you or someone you know has been injured in a car wreck or on the job, our Houston personal injury lawyers can help you protect your rights. With locations in Houston, Dallas, and San Antonio, we've got a personal injury law office near you. Contact any of our law firm locations and someone will connect with you promptly.



(https://www.jimadler.com/car-accident-lawyer/)

## Car Accidents (https://www.jimadler.com/car-accident-lawyer/)

We'll help you deal with insurance companies to insure your rights are being protected while you focus on you and your family.



(https://www.jimadler.com/truck-accident-lawyer/)

## Truck Accidents (https://www.jimadler.com/truck-accident-lawyer/)

Being hit by an 18-wheeler big rig can cause serious injuries, if not death. We can help you fight back and get what you deserve.

https://www.jimadler.com/                                            Monday, April 6, 2020

ADLER_000328

**Appx. 43**



(https://www.jimadler.com/work-injury-lawyer/)

## Work Injuries (https://www.jimadler.com/work-injury-lawyer/)

Workplace injuries can be caused by many types of equipment malfunctions or other safety failures due to negligence of employers.

## JOIN OUR TEAM - APPLY TODAY.

(https://www.jimadler.com/careers/)

## Types of Personal Injury Cases

Our Houston personal injury lawyers help Texans all over the state get the financial compensation they deserve.

From Houston to San Antonio to Dallas, our personal injury lawyers handle many different types of personal injury lawsuits, including on-the-job work accidents, and nearly all types of vehicle accidents.

## Our Personal Injury Lawyers Want to Fight for You!

If someone's negligence has led to your injury or the death of a loved one, the attorneys at our law firm want to help. Our personal injury and car accident attorneys can help victims find their most favorable route to financial recovery. Helping you get back on your feet is our mission.



https://www.jimadler.com/                                   Monday, April 6, 2020

ADLER_000329

**Appx. 44**

# Why You Should Hire Jim Adler & Associates

If you're looking for a personal injury lawyer here in Texas, here are some reasons why you should choose us:

### 1. COURTS CAN BE CONFUSING AND OVERWHELMING.

Our personal injury and accident lawyers are here to help make this troubling time easy for you. We handle the heavy lifting.

### 2. NO ATTORNEY FEES UNLESS WE WIN.

Our personal injury lawyers are with you 100% of the way. We only get paid if we win your case, so you know we will do our best to fight for you.

### 3. OUR PROVEN TRACK RECORD.

Our clients love us because they know we are thinking of them, and winning for them.

## Client Review: 5/5 ★ ★ ★ ★ ★

> *Great staff! Very professional and attentive of their clients. Evangelina and Ashley made this process so smooth and stress-free.*

– Esther P.

## *FREE* Case Review

**Full Name**

**Phone**

ADLER_000330

**Appx. 45**

Jim Adler & Associates Law Firm | Texas Personal Injury Lawyers          Page 5 of 6

**Email**

**Tell us about your case:**

# Our Offices



ADLER_000331
**Appx. 46**

# If you've been seriously injured, get *The Tough, Smart Lawyer!*®

(https://www.jimadler.com/contact-us/)

**Principal Office** Houston, TX

ADLER_000332

**Appx. 47**





ADLER_000240

**Appx. 48**

ADLER_000222

Texas Personal Injury Lawyers | Houston Car Accidents Attorney | Texas Injury Attorneys

Page 1 of 6



"THE HAMMER"

JIMADLER
& ASSOCIATES

"WELCOME!"
FROM
MINERVA PEREZ
Play

HAMMER TV
ATV's Kill - Especially
Yamaha Rhino: Thousands
of Americans are dying.
Play

| Case Types | Attorneys | Offices | JSA Charities | News | Case Evaluation | Blog - News and Views |

## Search our site

Search

## News & Views Blog

• You're injured — what time is it? It's HAMMER TIME

3/26/2009

Your car was just rear-ended by a distracted motorist....

• 'Zombie' callers, texters are accidents waiting to happen

3/24/2009

You know cell phones are a menace to society....

• Natasha Richardson's brain

## Texas Personal Injury Lawyers

When you need Texas personal injury lawyers such as a Houston car accident attorney, an auto accident lawyer in Dallas, a Houston wrongful death lawyer, a mesothelioma attorney in San Antonio or a Dallas burn injury or brain injury attorney, you want Jim S. Adler & Associates. Jim Adler, known as THE HAMMER is the managing partner and founder of Jim S. Adler & Associates, a firm of Texas injury attorneys committed to representing aggrieved and injured people since 1973.

## Duragesic pain patch overdose of fentanyl proves fatal

The Duragesic pain patch is used to treat moderate to severe chronic pain by slowly administering narcotic doses to patients whose pain can't be managed with less potent medicine. Placed on the skin and lasting 72 hours, such patches gradually provide fentanyl gel, a highly concentrated drug which is 81 times stronger as a pain-killer than morphine. Clearly, misuse of a Duragesic pain patch can prove fatal. But also fatal can be millions of pain patches which have a defective fold-over.

## A Texas shoulder pain pump lawyer can protect your rights

Again, a medical device created to heal ends up harming. In this case such a device is the pain pumps used on patients who have had arthroscopic



Play Video

http://www.jimadler.com/

3/30/2009

Appx. 49

ADLER_000223

Texas Personal Injury Lawyers | Houston Car Accidents Attorney | Texas Injury Attorneys

Page 2 of 6

injury shows TBI dangers

3/18/2009

As actress Natasha
Richardson fights for life
after a...

- Another big rig truck kills
large numbers in Texas-to-
Mexico accident

3/17/2009

Large passenger buses are
inherently dangerous.
Monstrous trucks are...

- Quaid's heparin ordeal
underscores need for a
heparin lawsuit

3/10/2009

For Houston-born actor
Dennis Quaid, star of
Disney's The Rookie,...



## Main Menu

Home

Case Types

Attorneys

Offices

JSA Charities

News

shoulder surgery. A variety of these shoulder pain pumps' manufacturers
reportedly directed doctors to use the pumps in a manner not approved by
the U.S. Food and Drug Administration.



Play Video

00:00 ———— 02:45

## Cell phone ban urged to meet car accident crisis

After assessing more than 50 scientific studies and crunching compelling
numbers involving deaths and injuries, the National Safety Council, chartered
by Congress, is urging a total ban on cell phone use while driving. This ban
would apply to hand-held or hands-free cell phones, as well as texting. Yet
cell phone accidents persist, so you may need Jim "the Hammer" Adler's
team of personal injury lawyers.

Play Video

00:00 ———— 02:59

## Yamaha Rhino ATV accidents claim thousands

As Jim "the Hammer" Adler knows, just as rollovers have given SUVs (sport
utility vehicles) a bad name, they've done the same for ATVs (all-terrain
vehicles) such as the Yamaha Rhino. According to the Consumer Products
Safety Commission, ATV driving leads to more than 700 deaths and more
than 135,000 injuries annually in America, and about 30 per cent of those
involve children. Texas is among the top five states for ATV deaths, along
with Pennsylvania, California, West Virginia and Kentucky.



Play Video

00:00 ———— 04:04

## OSP, or Oral Sodium Phosphate, can cause kidney failure

Persons who undergo the unpleasantness of a colonoscopy to find possible health
dangers may experience severe health problems as a result of the exam. The U.S. Food
and Drug Administration has issued an urgent national warning -- including a so-called
"box warning" -- for products using OSP, or Oral Sodium Phosphate. Sold both over-the-
counter and via prescription, OSP often is taken as a laxative to clean out the bowels prior
to an exam such as a colonoscopy.

## Stanford customers may need an investment fraud lawyer

Have you been impacted by alleged Stanford Financial Group investment fraud? If so, an 

http://www.jimadler.com/

3/30/2009

ADLER_000224

Page 3 of 6

Texas Personal Injury Lawyers | Houston Car Accidents Attorney | Texas Injury Attorneys

Case Evaluation

Blog - News and Views

Search Jim Adler

Print Media

Newsletter

Other Resources

Notable Cases

Safe Kids

Adler Network

Catastrophic Injury Resources

Search

| Search Jim Adler...

Username

Password

Remember Me ☐

LOGIN

experienced investment fraud lawyer with  Jim S. Adler & Associates can help. Fill out a free case evaluation

http://www.jimadler.com/

3/30/2009

Appx. 51

ADLER_000225

Texas Personal Injury Lawyers | Houston Car Accidents Attorney | Texas Injury Attorneys

Page 4 of 6

- Forgot your password?
- Forgot your username?
- Create an account

## Lawyer Pages

18-Wheeler Accident Lawyer
Amusement Park Accident Lawyer
Asbestos Lawyer
ATV Accident Lawyer
Auto Accident Attorney
Avandia Lawyer
Aviation Accident Attorney
Back Injury Lawyer
Benzene Lawyer
Bicycle Accident Lawyer
Boating Accident Lawyer
Brain Injury Lawyer
Burn Injury Lawyer
Bus Accident Lawyer
Car Accident Lawyer
Cell Phone Accidents Lawyer
Construction Injury Lawyer
Cruise Ship Accident Lawyer
Defective Road Lawyer
Defective Tire Lawyer
Digitek Lawyer
Dog Bite Lawyer
Drunk Driving Lawyer
Duragesic Pain Patch Lawyer
Electrocution Lawyer
Eye Injury Lawyer
Fosamax Lawyer
Helicopter Crash Lawyer
Heparin Lawyer
Highway Construction Accident Lawyer
Hurricane Ike Insurance Fraud Lawyer
Industrial Accident Lawyer
Jones Act Lawyer

http://www.jimadler.com/

3/30/2009

ADLER_000226

**The content on JimAdler.com should NOT be taken as a substitute for advice by a competent attorney or medical professional. The site is sponsored by Jim S. Adler & Associates (located at 3D/International Tower,1900 West Loop South, 20th Floor, Houston, Texas 77027, Phone: 713/777-4000). Use of this website or submission of an online form does NOT constitute the forming of an attorney-client relationship. Accordingly, no attorney/client relationship is formed until you are contacted by an attorney from Jim S. Adler & Associates and you sign a client agreement.**

**Information contained on JimAdler.com, including, but not limited to written text, images, informational articles, and on or off site links, has not been prepared, endorsed, or reviewed by any form of licensed medical professional, including but not limited to physicians, doctors, and so on. Nothing on this website should be taken as medical advice, but instead should act as a useful resource in providing general information that may be useful to members of the general public. All visitors are encouraged to consult with a physician or other licensed medical professional for any form of medical advice.**



"VIEW OUR EDUCATIONAL VIDEOS ABOUT VARIOUS LEGAL TOPICS."

ADLER_000227
**Appx. 54**

The content on JimAdler.com should NOT be taken as a substitute for advice by a competent attorney o professional. The site is sponsored by Jim S. Adler & Associates (located at 3D/International Tower,1 Loop South, 20th Floor, Houston, Texas 77027, Phone: 713/777-4000). Use of this website or submiss online form does NOT constitute the forming of an attorney-client relationship. Accordingly, no attor relationship is formed until you are contacted by an attorney from Jim S. Adler & Associates and you sig agreement.

Information contained on JimAdler.com, including, but not limited to written text, images, informationa and on or off site links, has not been prepared, endorsed, or reviewed by any form of licensec professional, including but not limited to physicians, doctors, and so on. Nothing on this website should as medical advice, but instead should act as a useful resource in providing general information that may to members of the general public. All visitors are encouraged to consult with a physician or other license professional for any form of medical advice.

ADLER_000228

**Appx. 55**



ADLER_000236
**Appx. 56**





ADLER_000238

**Appx. 58**



ADLER_000239

**Appx. 59**





(/)

  📞 Call Jim Adler Now (tel:18005051414)

# Abogado de Lesiones

## Más De **40 Años De Experiencia** Ayuda
Personas Lesionadas



http://www.jimadler.com/el-martillo-tejano/abogado-de-lesiones    8/27/2014

ADLER_000171

**Appx. 61**

Abogado de Lesiones - Jim Adler                              Page 2 of 4

En los Estados Unidos hay miles de abogados de lesiones personales — pero solo un Martillo Tejano. ® Desde nuestras oficinas en Houston, Dallas y San Antonio, servimos a todo el estado de Texas. Si ha sido lesionado en un accidente de auto o en el trabajo o necesita los beneficios de la incapacidad del Seguro Social, sepa sus derechos legales y tenga respuestas rápidas para sus preguntas. En los últimos 40 años, la firma de abogados de Jim Adler ha peleado por la justicia de parte de los clientes lesionados y sus familias. Jim Adler ha representado orgullosamente sus mejores intereses y creado una presencia potente como el Abogado Inteligente y Tenaz. ®



(abogado-de-lesiones/abogado-de-accidente-de-auto)

# Accidentes de Auto

¡Si ha sido lastimado en un accidente de auto, necesita que Jim Adler pelee por usted! Nosotros enfrentamos a las compañías de seguro para asegurar que sus derechos sean protegidos mientras usted se enfoca en sus familia, salud y necesidades médicas.

Aprenda Más (abogado-de-lesiones/abogado-de-accidente-de-auto)



(abogado-de-lesiones/demanda-de-drogas)

# Drogas Defectuosas

Los medicamentos recetados a menudo causan efectos secundarios serios que pueden cambiar su calidad de vida. Si usted o un ser querido ha sido lastimado usando una droga recetada o dispositivo médico defectuoso, hable con un abogado ahora mismo.

Aprenda Más (abogado-de-lesiones/demanda-de-drogas)

http://www.jimadler.com/el-martillo-tejano/abogado-de-lesiones     8/27/2014

ADLER_000172
**Appx. 62**



(abogado-de-lesiones/abogado-de-incapacidad-de-seguro-social)

## Seguro Social

Aplicando para la incapacidad de Seguro Social es complicado y lento. No deje que el gobierno niegue su reclamos de incapacidad por errores sencillos. Nuestra firma de abogado puede ayudarle a obtener el dinero que se merece.

Aprenda Más (abogado-de-lesiones/abogado-de-incapacidad-de-seguro-social)

## Jim Adler, El Abogado Inteligente y Tenaz y El Martillo Tejano ®

Jim Adler es el presidente y fundador de Jim Adler y Asociados, una firma de abogados con oficinas en Houston, Channelview, Dallas y San Antonio cuyos abogados de lesiones personales y abogados de accidentes de auto están dedicados en ayudar a la gente lastimada desde 1973. En las últimas cuatro décadas nuestro equipo dedicado de abogados y personal de apoyo legal de más de 250 personas han ayudado a miles de clientes y sus familias a pelear por la justicias. Deje que nuestra familia ayude a la suya.

Jim Adler y Asociados maneja muchos casos de lesiones personales, incluyendo los que involucran los accidentes de auto, choques de camiones de 18 ruedas, vuelcos de SUV, choques de motocicletas, retiros de seguridad, partes defectuosas, accidentes laborales, lesiones de accidentes marítimos, Acta de Jones, drogas defectuosas como Abilify, Risperdal o Zoloft, y los dispositivos médicos defectuosos como implantes de cadera DePuy o malla vaginal defectuosa. También ayudamos a los incapacitados buscar los pagos de discapacidad del Seguro Social.

¡Si ha sido lesionado seriamente, obtenga el **Abogado Inteligente y Te**

Obtenga Ayuda Ahora (abogado-de-lesiones/contactenos)

http://www.jimadler.com/el-martillo-tejano/abogado-de-lesiones        8/27/2014

ADLER_000173

**Appx. 63**

Abogado de Lesiones - Jim Adler                    Page 4 of 4

**Oficina Principal** en Houston, TX



http://www.jimadler.com/el-martillo-tejano/abogado-de-lesiones      8/27/2014

ADLER_000174
**Appx. 64**



(https://www.jimadler.com/el-martillo-tejano/)

☏ Llama a Jim Adler ahora (tel:1-800-457-1414)

↻ Click here for English (/)

# Abogado de Lesiones

## Más De *30 Años De Experiencia* Ayudando A Personas Lesionadas

En los Estados Unidos hay miles de abogados de lesiones personales — pero solo un Martillo Tejano. Desde nuestras oficinas en Houston, Dallas y San Antonio, servimos a todo el estado de Texas. Si ha sido lesionado en un accidente de auto o en el trabajo o necesita los beneficios de la incapacidad del Seguro Social, sepa sus derechos legales y tenga respuestas rápidas para sus preguntas. En los últimos 30 años, la firma de abogados de Jim Adler (//www.jimadler.com/el-martillo-tejano/sobre-nuestra-firma) ha peleado por la justicia de parte de los clientes lesionados y sus familias. Jim Adler ha representado orgullosamente sus mejores intereses y creado una presencia potente como el Abogado Inteligente y Tenaz.



(/el-martillo-tejano/abogado-de-accidente-de-auto)

ADLER_000175
**Appx. 65**

Abogado de Lesiones | Jim Adler & Associates

# Accidentes de Auto

¡Si ha sido lastimado en un accidente de auto, necesita que Jim Adler pelee por usted!
Nosotros enfrentamos a las compañías de seguro para asegurar que sus derechos sean
protegidos mientras usted se enfoca en sus familia, salud y necesidades médicas.

Aprenda Más (/el-martillo-tejano/abogado-de-accidente-de-auto)



(/el-martillo-tejano/abogado-de-incapacidad-de-seguro-social)

# Seguro Social

Aplicando para la incapacidad de Seguro Social es complicado y lento. No deje que el
gobierno niegue su reclamo de incapacidad por errores sencillos. Nuestra firma de abogado
puede ayudarle a obtener el dinero que se merece.

Aprenda Más (/el-martillo-tejano/abogado-de-incapacidad-de-seguro-social)



(/el-martillo-tejano/areas-de-practica)

# Otras Áreas Legales

Nuestros abogados experimentados le pueden ayudar a luchar por sus derechos con su caso
de lesiones personales. Desde caídas y resbalones, accidentes en bote, mordidas de perro o
accidentes en refinerías y fábricas, le daremos la atención merecida.

Aprenda Más (/el-martillo-tejano/areas-de-practica)

https://www.jimadler.com/el-martillo-tejano/

8/20/2018

ADLER_000176
**Appx. 66**

# Jim Adler, El Abogado Inteligente y Tenaz® y El Martillo Tejano ®

Jim Adler es el presidente y fundador de Jim Adler y Asociados, una firma de abogados con oficinas en Houston, Channelview, Dallas y San Antonio cuyos abogados de lesiones personales y abogados de accidentes de auto están dedicados en ayudar a la gente lastimada desde 1973. En las últimas cuatro décadas nuestro equipo dedicado de abogados y personal de apoyo legal de más de 250 personas han ayudado a miles de clientes y sus familias a pelear por la justicias. Deje que nuestra familia ayude a la suya. Jim Adler y Asociados maneja muchos casos de lesiones personales, incluyendo los que involucran los accidentes de auto, choques de camiones de 18 ruedas, vuelcos de SUV, choques de motocicletas, llamada a revision de partes de auto, partes defectuosas, accidentes laborales, lesiones de accidentes marítimos, Acta de Jones (//www.jimadler.com/el-martillo-tejano/accidentes-maritimos), medicinas recetadas defectuosas (//www.jimadler.com/el-martillo-tejano/demanda-de-drogas/abogado-de-droga-defectuosa) como Abilify, Risperdal o Zoloft, y los dispositivos médicos defectuosos (//www.jimadler.com/el-martillo-tejano/demanda-de-drogas/demandas-de-dispositivos-medicos-defectuosos)como implantes de cadera DePuy o malla vaginal defectuosa. También ayudamos a los incapacitados buscar los pagos de discapacidad del Seguro Social.

## Evaluación de Caso *GRATIS*

**Nombre Completo**

**Teléfono**

**Correo Electrónico**

**Cuéntenos su caso:**

| Enviar |

ADLER_000177

**Appx. 67**

Abogado de Lesiones | Jim Adler & Associates

# ¡Si ha sido lesionado seriamente, obtenga el *Abogado Inteligente y Tenaz!* ®

Obtenga Ayuda Ahora (https://www.jimadler.com/el-martillo-tejano/contactenos/)

**Oficina Principal** en Houston, TX

8/20/2018

ADLER_000178

**Appx. 68**

Page 1 of 1



Serving Houston, DFW, & San Antonio

*Hablamos Español*
**Call 1-800-523-9933**



# YOU'RE IMPORTANT TO U
# THAT'S JUST HOW WE'L
# TREAT YOU

## Jim Adler & Associates

*The Texas Hammer® has over 30 years of experience helping injured people get the compensation they deserve.*
**Get started on your FREE case review today. Call Now!**

There are many personal injury attorneys in Texas but there's only one Texas Hammer. Over the past 30 years, our team of lawyers has offered professional legal representation to those involved in personal injury, auto and other types of accidents. Jim Adler & Associates will fight on your side so that you and your family receive the compensation that you deserve for your accident injuries and losses.

If you or someone you know has been injured in a car wreck or from someone else's negligence, our lawyers can help you protect your rights. Get your questions answered today by our knowledgeable, approachable attorneys and legal professionals when you contact any of our four Texas office locations.

*Call Us Today*
*Your FREE Ca*
*Review!*

**No Obligation**
**Proceed**

### Car Accidents

Jim Adler & Associates can help you deal with insurance companies to ensure your rights are being protected while you focus on yourself and your family.

### Medical Injuries

Prescription drugs often cause serious side effects that can change your quality of life. Find out how our experienced lawyers can help.

### Truck Accidents

Being hit by an 18-wheeler big rig can cause serious injuries, if not death. Jim Adler can help you fight back and get what you deserve.

**We Help Texans All Over the State Get the Compensation They Deserve**

If you've been seriously injured, get *The Tough, Smart Lawyer*®!

  1-800-523-9933    

Copyright 2017 © Jim Adler and Associates.    Privacy Policy.

https://www.jimadler.com/texas-hammer-personal-injury-attorney/?utm_source=Google&...    5/22/2019

ADLER_000149
**Appx. 69**



# ADLER & ASSOCIATES

Serving Houston, DFW, & San Antonio

**Call 1-800-523-9933**

*Hablamos Español*

# YOU'RE IMPORTANT TO US, THAT'S JUST HOW WE'LL TREAT YOU

*English Translation*

## Adler & Associates

**Texas Hammer® has over 30 years of experience helping injured people get the compensation they deserve.**

### Get started on your FREE case review today. Call Now!

Like many personal injury attorneys in Texas but there's only one Texas Hammer. Over the past 30 years, our team of lawyers offered professional legal representation to those involved in personal injury, auto and other types of accidents. Jim Adler & Associates will fight on your side so that you and your family receive the compensation that you deserve for your accident or losses.

If someone you know has been injured in a car wreck or from someone else's negligence, our lawyers can help you protect your rights. Get your questions answered today by our knowledgeable, approachable attorneys and legal professionals when you call any of our four Texas office locations.

### Accidents

Adler & Associates can help you when insurance companies to your rights are being while you focus on yourself family.

### Medical Injuries

Prescription drugs often cause serious side effects that can change your quality of life. Find out how our experienced lawyers can help.

### Truck Accidents

Being hit by an 18-wheeler big rig can cause serious injuries. If not death. Jim Adler can help you fight back and get what you deserve.

## Get Your Case Review Now!

Full Name *

Phone Number *

E-mail

Submit

ADLER_000150
Appx. 70

Page 1 of 1

**JIM ADLER**
& ASSOCIATES
Sirviendo Houston, Dallas-Fort Worth y San Antonio

1-800-339-0606



# Usted y su familia son importantes, y así los trataremos.

## Jim Adler y Asociados

*El Martillo Tejano tiene mas de 30 años ayudando a personas lesionadas en recibir una compensación justa.*

### Empecemos la evaluación gratuita de su caso!

En el estado de Texas hay miles de abogados de lesiones personales — pero solo uno conocido como El Martillo Tejano. Desde nuestras oficinas en Houston, Dallas y San Antonio, servimos a todo los residentes del estado de Texas. Si usted se lesiono en un choque, durante el trabajo, o necesita los beneficios de incapacidad del Seguro Social, permitanos luchar por sus derechos y su compensación merecida.

Nuestros abogados experimentados le ayudaran a conocer sus derechos legales y responderán a sus preguntas de manera eficiente y respetuosa. Consiga accesoria legal de Jim Adler y Asociados para proteger sus intereses y los de su familia.

> **Llamenos y Obtenga Su Evaluación de Caso GRATIS**
>
> **y**
>
> **Sin Obligacion.**

**Accidentes de Auto**

Le ayudamos a luchar contra las compañías de seguro para asegurar que sus derechos estarán protegidos mientras usted se enfoca en su salud y la de su familia.

**Lesiones Medicas**

Los medicamentos recetados muchas veces causan lesiones que arriesgan su vida y le afectan de manera grave. Consúltenos para saber cómo le podemos ayudar.

**Beneficios del Seguro Social**

Aplicando para los beneficios de incapacidad del Seguro Social es un proceso complicado y lento. No permita que el gobierno le niegue su reclamo por errores sencillos. Llámenos para ayudarle.

*Le Ayudamos a Lesionados de Accidentes en Todo el Estado de Texas.*

*¡Si se lesiono seriamente en un accidente, obtenga el Abogado Inteligente y Tenaz®!*

Oficina Principal en Houston, TX.
1-800-339-0606

     

Copyright 2017 © Jim Adler and Associates.    Privacy Policy.

https://www.jimadler.com/el-martillo-tejano-abogado/?utm_source=Google&utm_medium...   5/22/2019

ADLER_000154
Appx. 71

Page 1 of 1

 JIM ADLER & ASSOCIATES — Sirviendo Houston, Dallas-Fort Worth y San Antonio

1-800-339-0606



# Usted y su familia son importantes, y así los trataremos.

## Jim Adler y Asociados

*El Martillo Tejano tiene mas de 30 años ayudando a personas lesionadas en recibir una compensación justa.*

### Empecemos la evaluación gratuita de su caso!

En el estado de Texas hay miles de abogados de lesiones personales — pero solo uno conocido como El Martillo Tejano. Desde nuestras oficinas en Houston, Dallas y San Antonio, servimos a todo los residentes del estado de Texas. Si usted se lesiono en un choque, durante el trabajo, o necesita los beneficios de incapacidad del Seguro Social, permítanos luchar por sus derechos y su compensación merecida.

Nuestros abogados experimentados le ayudaran a conocer sus derechos legales y responderán a sus preguntas de manera eficiente y respetuosa. Consiga asesoría legal de Jim Adler y Asociados para proteger sus intereses y los de su familia.

**Llamenos y Obtenga Su Evaluación de Caso GRATIS**

**y**

**Sin Obligacion.**

| Accidentes de Auto | Lesiones Medicas | Beneficios del Seguro Social |
|---|---|---|
| Le ayudamos a luchar contra las compañías de seguro para asegurar que sus derechos estarán protegidos mientras usted se enfoca en su salud y la de su familia. | Los medicamentos recetados muchas veces causan lesiones que arriesgan su vida y le afectan de manera grave. Consúltenos para saber cómo le podemos ayudar. | Aplicando para los beneficios de incapacidad del Seguro Social es un proceso complicado y lento. No permita que el gobierno le niegue su reclamo por errores sencillos. Llámenos para ayudarle. |

*Le Ayudamos a Lesionados de Accidentes en Todo el Estado de Texas.*

*¡Si se lesiono seriamente en un accidente, obtenga el Abogado Inteligente y Tenaz®!*

Oficina Principal en Houston, TX.
1-800-339-0606

    

Copyright 2017 © Jim Adler and Associates.    Privacy Policy.

https://www.jimadler.com/el-martillo-tejano-abogado/?utm_source=Google&utm_medium...    5/22/2019

ADLER_000158
Appx. 72

## Jim Adler

**Angry Dogs # 1C**

**Jim stands in junkyard amidst wrecked cars.**

**Graphics:**

Car Wrecks
Truck Wrecks
SUV Wrecks
Motorcycle Wrecks

The TEXAS HAMMER

Jim Adler & Associates
www.JimAdler.com
713-777-4000
1-800-2HAMMER

SPOKESPERSONS FOR JIM ADLER

CAR TRUCK OR MOTORCYCLE WRECK?

Spokesperson

Auto Accident
Hip Surgery
$400,000

Spokesperson
Principal Office: Houston, Texas

Call me right now!

---

**VO: HORRIBLY INJURED?**

**Jim Adler on Camera:** I'm Jim Adler, The Texas Hammer. When stingy, greedy insurance companies stall and try to cheat car wreck victims, I get angrier than a junkyard dog.

**(Jim Adler VO)**
My client was hit head on and had hip surgeries. I hammered and put $400,000 thousand dollars in his pocket.

**Jim Adler on Camera:** Let me and my friends (gestures to the dogs) chew'um up and fight for the money and benefits the law says is yours.

**Announcer:**
Spokesperson for Jim Adler.

**Talent 1 on Camera: Jim Adler doesn't bark he bites.**

**Jim Adler on Camera**: Let's talk about your case for free.

**Announcer:** 713-777-4000.

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000067

**Jim Adler**
**Angry Dogs # 2C**

Jim stands in junkyard amidst wrecked cars.

**Graphics:**

Car Wrecks
Truck Wrecks
SUV Wrecks
Motorcycle Wrecks

The TEXAS HAMMER

Jim Adler & Associates
www.JimAdler.com
713-777-4000
1-800-2HAMMER

SPOKESPERSONS FOR JIM ADLER

CAR TRUCK OR MOTORCYCLE WRECK?

Spokesperson

18 Wheeler Accident
$245,000
Back Surgery

Spokesperson
Principal Office: Houston, Texas

Call me right now!

**VO:  BADLY HURT?**

**Jim Adler on Camera:** I'm Jim Adler, The
Texas Hammer.  When rich insurance
companies offer you a bag of dog treats…I get
meaner than a junkyard dog.

 **(Jim Adler VO)**
I got my client $245,000 thousand dollars in
his pocket when he was hit by semi and had
back surgery.

 **Jim Adler on Camera:**  Let the junkyard
dogs fight for the money and benefits the law
says is yours.

**Announcer:**
Spokesperson for Jim Adler.

Jim Adler bites to protect you and your family.

**Jim Adler on Camera**: Call me talk about
your case for free.

**Announcer:** 713-777-4000.

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000068

| | |
|---|---|
| **Bill Adler**<br>**Angry Dogs #3C**<br><br>**Bill stands in junkyard amidst wrecked cars.**<br><br>**Graphics:**<br><br>Car Wrecks<br>Truck Wrecks<br>SUV Wrecks<br>Motorcycle Wrecks<br><br>The TEXAS HAMMER<br><br>Jim Adler & Associates<br>www.JimAdler.com<br>713-777-4000<br>1-800-2HAMMER<br><br>SPOKESPERSONS FOR JIM ADLER<br><br>CAR TRUCK OR MOTORCYCLE WRECK?<br><br>Spokesperson<br><br>18 Wheeler Accident<br>$370,000<br>Neck Surgery<br><br>Spokesperson<br>Principal Office: Houston, Texas<br><br>Call me right now! | **VO: ATTENTION ACCIDENT VICTIMS?**<br><br>**Bill Adler on Camera:** I'm Texas injury lawyer Bill Adler. Big insurance companies make me so mad I wanna growl…like a junkyard dog.<br><br>**(Bill Adler VO)**<br>I hammered hard and got my client $370,000 thousand dollars when he was in a big truck wreck and had neck surgery.<br><br>**Bill Adler on Camera:** Our junkyard dogs are trained to fight. Let me fight for the money and benefits the law says is yours.<br><br>**Announcer:**<br>Spokesperson for Bill Adler.<br><br>**Talent 1 on Camera:** *Bill Adler fights to protect you and your family.*<br><br>**Bill Adler on Camera**: Call me to talk about your case for free.<br><br>**Announcer:** 713-777-4000. |

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

ADLER_000069

# EXHIBIT 4

(To the Declaration of Diana Rausa)

ADLER_000506
Appx. 77

Captured by FireShot Pro [27-01-2021, 17:03:48]
https://www.facebook.com/JimAdlerLawFirm/photos/a.7469898365BI/10154022598882B6659/



Captured by FireShot Pro [27-01-2021, 17:03:48]

Case 3:19-cv-02025-K-BN   Document 97   Filed 01/13/23   Page 83 of 580   PageID 3794

Captured by FireShot Pro [26-01-2021, 23:38:06]
https://www.instagram.com/p/BBVdtwlCxYI8/



Captured by FireShot Pro [26-01-2021, 23:38:06]

ADLER_000583
Apps. 78





ADLER_000596
**Appx. 80**











ADLER_000606

**Appx. 85**



ADLER_000607

**Appx. 86**







ADLER_000610

**Appx. 89**





ADLER_000501
Appx. 91



Captured by FireShot Pro [27-01-2021, 17:11:33]

ADLER_000516
Appx. 92

ADLER_000519
Appx. 93



Captured by FireShot Pro [27-01-2021, 17:13:33]
https://www.facebook.com/JimAdlerLawFirm/photos/a.746989836558/10153732921728659/

Case 3:19-cv-02025-K-BN    Document 97    Filed 01/13/23    Page 99 of 580    PageID 3810

Captured by FireShot Pro [27-01-2021, 20:08:37]
https://www.facebook.com/JimAdlerLawFirm/photos/a.746989063658/10153618690093659/



Captured by FireShot Pro [27-01-2021, 20:08:37]

ADLER_000521
Appx. 94



ADLER_000522
Appx. 95