This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure.

On 2/14/20, 10:09 AM, █████████████████████████████████████████████

I'm on the phone with ████████████who is advising she signed with Jim Adler and was set up with treatment at a clinic today. She is not sure how she was referred to us, but she is currently signed with Jim Adler.



This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure.

-----Original Message-----
From: accidentintakeforms1@gmail.com <accidentintakeforms1@gmail.com>
Sent: Friday, February 14, 2020 9:54 AM
To: ██████████████████████████████████████
intake@quintessamarketing.com; lauren@quintessamarketing.com
Subject: ████████████████████MOTOR VEHICLE ACCIDENT ESIGN PENDING TX

PC is signed; Live transferring.

Intake Date/Time: 02/14/2020 09:23 AM

Case Summary: Spanish Speaker

DOI: 02/06/2020 | Houston, TX | MVA

*Wants treatment arranged; if possible*
Injuries: PC was chest pain. Has not gone to the hospital.
Passenger ███████████ has chest pain. Has not gone to the hospital.
Passenger ███████████ has leg pain. Has not gone to the hospital.
Passenger ███████████ has bodily soreness. Has not gone to the hospital.
Passenger ███████████ is being fussy. Has not gone to the hospital.
PC is going to take everyone to get seen by doctor tomorrow.

Liability: PC was going Northbound in lefthand lane. DEF was in righthand lane and side swiped PC on passenger side when trying to merge into her lane. Police were not called but both parties exchanged information at the scene.

Insurance:

Case Type: ~~Motor Vehicle Accident~~

PC SSN: 0000000

QUINTESSA_000236

Incident Date: 02/06/2020

Incident Location: Houston, TX

PC Insurance Company: Will Provide

PC Ins. Claim #: None

Private Health Insurance: None

Was PC at fault?: Unknown

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: No

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 1998 Honda CRV

Defendant Vehicle Info (Year/Make/Model): 2004 Nissan

Investigating Police Dept: None

Injuries and Treatment: PC was chest pain.

Prior Attorney Name: None

Prior Settlement?: No

Property Damage Description: Passenger side damage

Property Damage Amount: 1500

Adverse Insurance: Amax Insurance

Adverse Ins. Claim #: None

Who was ticketed for the accident: Unknown

QUINTESSA_000237

defendantclaimno: None

Person Ticketed Explanation: Both parties exchanged information at the scene.

Passengers:
----------------------------------------





Injured: Yes

Injuries and Treatment: Passenger (9) has bodily soreness. Has not gone to the hospital.

----------------------------------------



SSN: 000000

ATTORNEYS' EYES ONLY

QUINTESSA_000238

Injuries and Treatment: Passenger (4) has leg pain. Has not gone to the hospital.

-----------------------------------------

Injured: Yes

Injuries and Treatment: Passenger (3) is being fussy. Has not gone to the hospital.

-----------------------------------------

Injuries and Treatment: Passenger (7) has chest pain. Has not gone to the hospital.

| | |
|---|---|
| **From:** | |
| **Sent:** | :31 PM CDT |
| **To:** | Leo Mingee |
| **Subject:** | Re: Question regarding MVA issue |

Thank you Leo.  One of the main issues was from the intake, and then subsequent client interviews, it was made out to be clear liability by the other party and when we got the reports finally, it turned out to be that the PC was entirely at fault.  I realize that clients tell a version of the story that they remember and that an accident can shake their memory.  I am happy to provide you with status reports on cases where we are having trouble obtaining the reports.

One other thing has happened today, I had PCs that I called and one asked if I was from Jim Adler because they thought they signed with Adler and then an Austin case said they thought they had signed with Thomas J. Henry and not us.  We had never experienced that before.

Thank you,



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone                or by electronic e-mail to                              nd delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclosure: The law firm and the attorneys listed above do not provide tax advice. Accordingly, any discussion of U.S. federal tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Leo Mingee <lmingee@quintessamarketing.com>
**Date:** Monday, July 6, 2020 at 9:26 PM
**To:**
**Subject:** Re: Question regarding MVA issue

I understand getting a report during this time is difficult because of all the circumstances that can backlog a department. I don't have a problem allowing extensions for you to wait on a police report as long as you let me know early on that liability seems very shaky and you really need it to move forward or if PC does not have UM and you need the report to get an indication of defendant insurance.

ATTORNEYS' EYES ONLY

I see that you sent a couple and I will address and verify in the morning and credit them back to you.

On Mon, Jul 6, 2020 at 4:50 PM  rote:

Leo,

I am having trouble getting all of the accident reports within the 7 day window due to may staffing issues with Covid. I just received one where it shows that the client admitted liability at the scene and was placed solely at fault, but I could not get the report until now due to the delays form Covid and the States online system. What can we do?



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone ( ) by electronic e-mail to delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclosure: The law firm and the attorneys listed above do not provide tax advice. Accordingly, any discussion of U.S. federal tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

--
**Leo Mingee**
**Quintessa Marketing**
7919 Mid America Blvd, Suite #230
Oklahoma City, OK 73135

"A New Brand of Legal Marketing"



ATTORNEYS' EYES ONLY

| From: | ██████████ |
| Sent: | Tuesday, July 14, 2020 5:23 PM CDT |
| To: | Leo Mingee |
| Subject: | Re: Update on a few cases |

Leo,

We are not going to keep ████████ I have no issue with you running the card.  I do have a question about the numbers and want to see where my math is off:

Please advise if my math is off.

Additionally on the new case ████████████, he says that he called Jim Adler and then Michael there referred him to the ████████, he signed with ██████████████ and then was referred to us by ██████? I am a little confused by all of this and have nothing showing any attorneys have released their claim.  Can you shed some light on this?

Thank you,

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone ██████████████ or by electronic e-mail ████████████████ delete this message and all copies and backups thereof. Thank you.

QUINTESSA_000316

**From:**
**Sent:** Thursday, July 16, 2020 2:13 PM CDT
**To:** Leo Mingee
**Subject:** Follow up

Leo,

I have some questions and would like some follow up please. We continue to have Clients tell us they signed with Adler or Thomas Henry or other law firms. Is this a situation where the leads go to those firms and they are picking the cases they keep and sending us the leftovers?

Additionally on ████████████ were finally able to get the police report today. He was place 100% at fault.

We also seem to be getting sent a few hit and run with do defendant for insurance coverage.

Is there something we can do on the filtering?

Thank you for your help.



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone ████████████ y electronic e-mail ████████████ nd delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclosure: The law firm and the attorneys listed above do not provide tax advice. Accordingly, any discussion of U.S. federal tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**ATTORNEYS' EYES ONLY**

| | |
|---|---|
| **From:** | Leo Mingee |
| **Sent:** | Thursday, July 16, 2020 2:53 PM CDT |
| **To:** | |
| **Subject:** | Re: Follow up |
| **Attachments:** | |

Hit and runs are going to occur so if you ever need time to verify UM or identify the adverse driver, we can always extend the time. We currently filter out many of these but if the potential new client thinks they have UM or it sounds like finding out who the other vehicle belongs to, we send it on to allow a review or investigation. If you feel this is an absorbent amount of the leads please provide which ones and I will look on my end if it is coming from a specific lead qualifier.

For clients that may have signed with another firm, it's possible that they were cut loose from a previous firm or not happy with them. Additionally, we do much of the same digital advertising. We do tell callers who we are, and if ever asked for another firm, we state that we are not affiliated with any firm but match them to a local lawyer that can help right away. We are not recycling and sending leftovers if that is what you are asking.

Lastly, ████████ has been removed from the portal as retained and off of your billing page.

Please see attached for itemization of leads sent. You have a couple of pending disengagements and even with them, your account needs a payment to continue lead delivery.

On Thu, Jul 16, 2020 at 2:13 PM ███████████████████ wrote:

Leo,

I have some questions and would like some follow up please. We continue to have Clients tell us they signed with Adler or Thomas Henry or other law firms. Is this a situation where the leads go to those firms and they are picking the cases they keep and sending us the leftovers?

Additionally on ███████████ were finally able to get the police report today. He was place 100% at fault.

We also seem to be getting sent a few hit and run with do defendant for insurance coverage.

Is there something we can do on the filtering?

**ATTORNEYS' EYES ONLY**

Thank you for your help.



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone ▮▮▮▮▮▮▮ or by electronic e-mail to ▮▮▮▮▮▮▮▮▮▮ and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclosure: The law firm and the attorneys listed above do not provide tax advice. Accordingly, any discussion of U.S. federal tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

--
**Leo Mingee**
**Quintessa Marketing**
7919 Mid America Blvd, Suite #230
Oklahoma City, OK 73135

"A New Brand of Legal Marketing"



QUINTESSA_000323

Appx. 407

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, August 14, 2020 1:41 PM CDT |
| **To:** | accidentintakeforms1@gmail.com; Jennifer Ramirez |
| **Cc:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | intake@quintessamarketing.com; ▮▮▮▮▮▮▮ Mike Walker; IvanGarciaMVAZ7588165@projects.filevine.com |
| **Subject:** | Re: ▮▮▮▮▮ MOTOR VEHICLE ACCIDENT ESIGNED TX |

After finally speaking with the client, he mentioned he was under the impression that he was singing with Jim Adler, not ▮▮▮▮▮ He signed with Jim Adler TODAY and will be keeping their services, please disengage and credit lead. Thank you!

**From:** accidentintakeforms1@gmail.com <accidentintakeforms1@gmail.com>
**Sent:** Thursday, August 13, 2020 2:20 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
intake@quintessamarketing.com <intake@quintessamarketing.com>; ▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮ MOTOR VEHICLE ACCIDENT ESIGNED TX

PC is signed and aware you will be reaching out.  Thank you.

Intake Date/Time: 08/13/2020 01:52 PM

Case Summary: D.O.I.: August 12th, 2020 | San Antonio

Injuries: PC went to the ER at Baptist Hospital where they did X-Rays.  They prescribed him pain medications and muscle relaxers.  PC's lower back is still hurting.  PC would like treatment arranged.

Liability: PC  was sitting as a passenger in the backseat on the driver side when the accident happened. They were in a PT cruiser and rear-ended by the DEF that forced them to hit the vehicle in front of them which was a  4 door Toyota Tacoma. The San Antonio Police Department came to the scene.  Case #: 20151796

Insurance:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ : Will provide
PC: None

Commercial: No.

Passengers: He was one of two.

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

**ATTORNEYS' EYES ONLY**



Case Type: Motor Vehicle Accident

Accident State: TX

Incident Date: 08/12/2020

Incident Location: 800 S. Sasamosa Street

PC Insurance Company: None

PC Ins. Claim #: N/A

Private Health Insurance: Aflac/accidental

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2004 Chrysler PT Cruiser

Defendant Vehicle Info (Year/Make/Model): 2014 Dodge Charger

Investigating Police Dept: San Antonio PD

Injuries and Treatment: PC went to the ER to Baptist Hospital where they did X-Rays. They prescribed him pain medications and muscle relaxers. PC's lower back is still hurting.

Prior Attorney Name: None

Prior Settlement?: No

Property Damage Description: PC's friends vehicle is leaking water which means the radiator probably cracked. His bumper his hanging off as well. The vehicle has been towed. We are not sure the property damage amount as of this point.

Property Damage Amount: 0

Defendant Name: Jamie Holgan

Adverse Insurance: USAA

Adverse Ins. Claim #: x

Who was ticketed for the accident: Unknown

defendantclaimno: x

Person Ticketed Explanation: Nobody was ticketed.

**ATTORNEYS' EYES ONLY**

ATTORNEYS' EYES ONLY

QUINTESSA_000371

ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

QUINTESSA_000373

ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

QUINTESSA_000375

| | |
|---|---|
| **From:** | Mike Walker |
| **Sent:** | Monday, September 21, 2020 10:39 AM CDT |
| **To:** | |
| **CC:** | accidentintakeforms2@gmail.com; Intake; intake@quintessamarketing.com ██████ Lauren Mingee |
| **Subject:** | Re: ████████ COMMERCIAL MVA ESIGNED TX |

Hi Jessica,

Our follow up program is part of the process that allows your team to disengage per the disengagement reasons. Without this process, we will no longer hold the liability and any disengagement will be denied.

Thank you,

On Mon, Sep 21, 2020 at 10:29 AM ████████████████████████████ wrote:
  Quintessa,

  I just got off a long call with ████████ He was sure he had signed with JIM ADLER. After explaining who WE are and what we do, he understood and was ok with staying with us. I have him set up and will take it from here. Please DO NOT make any follow up calls to him so that we can avoid any further confusion.

  Thank you,



  This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure.


  -----Original Message-----
  From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
  Sent: Monday, September 21, 2020 9:31 AM

**ATTORNEYS' EYES ONLY**

To: Intake                              ; intake@quintessamarketing.com
Cc: Intake
Subject:                              COMMERCIAL MVA ESIGNED TX

PC is signed and requesting a call within 30 minutes to discuss treatment. Thank you.

Intake Date/Time: 09/21/2020 09:01 AM

Intake User: Ciara -

Override Intake Date Time:

Case Summary: DOI: 09/19/2020 | Pasadena, Texas

**PC would like the attorney to arrange treatment**

Injuries: PC has bodily soreness, PC would like treatment arranged.

Liability: PC was driving through a greenlight when traffic started to slow down so PC did, when the DEF rear ended the PC, police came to scene, DEF was placed at fault.

Insurance: PC- Allstate Insurance
DEF- Travelers Indemnity Company Insurance

Commercial: Yes.

Passengers: No

Case Type: Commercial MVA

Accident State: TX

████████████████████████

████████

██████████

███████████████████

█████████████

Incident Date: 09/19/2020

Incident Location: Spencer HWY

PC Insurance Company: Allstate

PC Ins. Claim #: none

Private Health Insurance: none

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: No

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2012 BMW

Defendant Vehicle Info (Year/Make/Model): 2017 F150

Investigating Police Dept: Pasadena PD

Injuries and Treatment: PC has bodily soreness, PC would like treatment arranged.

Prior Attorney Name: none

Prior Settlement?: No

Property Damage Description: Damage done to rear end, trunk and tail lights

**ATTORNEYS' EYES ONLY**

Property Damage Amount: 6000

Defendant Name: Macasfri Kaye

Adverse Insurance: Travelers Indemnity Company Insurance

Adverse Ins. Claim #: none

Who was ticketed for the accident: Defendant

defendantclaimno: none

Person Ticketed Explanation: PC says DEF received a ticket for following too close


\--
**Mike Walker**
**Quintessa Marketing**
**Director of Business Operations**
7919 Mid America Blvd, Suite #230
Oklahoma City, OK 73135
C: 405-664-2584

"A New Brand of Legal Marketing"



QUINTESSA_000415



**From:**
**Sent:**       Monday, September 21, 2020 11:24 AM CDT
**To:**         Mike Walker
**Subject:**    Issue with new cases

Mike,

It seems like we have gotten a push of cases that have lawyers already.  In particular:

1. ████████████ said that "his attorney was Michael Gopin and that he could never get in touch with him and that they have been giving him the run around with his treatment. He said that the person that spoke with him on Saturday that referred him to our law firm told him that all he had to do was send an email stating that he no longer wanted Michael Gopin to represent him."

This is not in any way proper.  Even if there was a disengagement letter (which there is not, there would also need to be proof that the attorney is not retaining any interest in the case.  The picture provided by Quintessa isn't even confirmation of client disengaging his lawyer.

2. ████████████ has Jim Adler.  Again there is no disengagement letter and no proof that Adler's office will release their entire interest in the case

3. ████████████ – he has an attorney.  Fulgencil Durendes is the attorney and has him set up with treatment already.

Is there a way to strengthen out "not represented by an attorney" filter?

Thanks,

| From: | █████████████████ |
|---|---|
| Sent: | Tuesday, December 8, 2020 12:23 PM CST |
| To: | Mike Walker |
| Subject: | Re: PR is Conflicting : ████████ Motor Vehicle Commercial)- Quintessa Lead |

Actually, we're keeping it. Forget I said anything. However, ██████████ wants to disengage us because they thought they were hiring the Jim Adler law firm. They have a niece that works at that firm and they want to go with what she is saying to hire them. Can we return this one? We've been trying to convince them to stay on with us and not leave for Adler but they're very adamant about having their Niece's firm handle their case. I'm not sure what she does there, but it's kind of tough to break up family like that.

Thank you,



*"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."*

**From:** N██████████████████████████
**Date:** Tuesday, December 8, 2020 at 9:51 AM
**To:** Mike Walker <mike@quintessamarketing.com>
**Subject:** FW: PR is Conflicting : ████████ Motor Vehicle Commercial)- Quintessa Lead

Mike,

See below. This expires tomorrow. However, the report is showing it's going to be a 50/50 case at best. We need to return it.

Thank you,

QUINTESSA_000758



*"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."*

**From:**

**Date:** Tuesday, December 8, 2020 at 9:46 AM

**To:**

**Cc:** Er

**Subject:** PR is Conflicting : ⬛ (Motor Vehicle Commercial)- Quintessa Lead

Hi ⬛ please check out this police report. (conflicting statements)

This case is a Quintessa lead.



This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This

ATTORNEYS' EYES ONLY

message and any attachments may contain information that is confidential, privileged or exempt from disclosure.

ATTORNEYS' EYES ONLY

| From: | accidentintakeforms1@gmail.com |
|---|---|
| Sent: | Monday, December 21, 2020 9:19 AM CST |
| To: | disengagementreports@quintessamarketing.com |
| CC: | |
| Subject: | Case Submitted For Disengagement For PC, Sophia Robinson OBO Clinton Robinson Jr |

The PC ███████████████████████████████, was submitted for disengagement by ███████ on 12/21/2020 7:19:11 AM

Reason: Was represented at time lead was sent: Stated they thought we were with Jim Adler (LA)

[Click here for the case link](#)

QUINTESSA_000823

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **Sent:** | Friday, January 15, 2021 11:45 AM CST |
| **To:** | accidentintakeforms2@gmail.com; intake@quintessamarketing.com; ▮▮▮▮▮ Mike Walker |
| **Subject:** | RE: ▮▮▮▮▮▮▮▮▮▮ MOTOR VEHICLE ACCIDENT ESIGNED TX |

Just spoke with this PC. After discussing the case with him, he thinks he might have already hired Jim Adler to handle his case back in April. Adler's office is who set him up with treatment and everything. He's going to call them and see if they still represent him and get back with me.

Just wanted to update you.

▮▮▮▮

-----Original Message-----
From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
Sent: Tuesday, January 12, 2021 6:31 PM
To: ▮▮▮▮▮▮▮▮▮▮ intake@quintessamarketing.com; ▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮▮▮ , intake@quintessamarketing.com; ▮▮▮▮▮▮▮▮▮
Subject: ▮▮▮▮▮▮▮▮▮▮ MOTOR VEHICLE ACCIDENT ESIGNED TX

PC is signed and aware of your call.
Thank you

Intake Date/Time: 01/11/2021 07:12 PM

Intake User: Tiffanie -

Override Intake Date Time:

Case Summary: DOI: 4/3/2020
Location: Houston, Texas

Injury: PC is hurting in his lower back, Left knee and leg, left shoulder.
Treatment: PC was in physical therapy for 3 to 4 weeks two to three times a week. The PC caught Covid and was not able to keep going to treatment. PC would like treatment arranged.

Liability: PC was driving in rain. The DEF hit the driver's side of the PC's car. The DEF lost control due to it raining.

PD: Harris county Houston Police Department

Insurance:
PC: Advance Auto | 2003 Ford Edge
DEF: Police Report | Jeep Newer

Commercial: No

Passengers: No

**QUINTESSA_000838**

Appx. 425

| From: | Ben McCaslin |
|---|---|
| Sent: | Friday, January 15, 2021 11:45 AM CST |
| To: | accidentintakeforms2@gmail.com; intake@quintessamarketing.com; Molly Bailey; Mike Walker |
| Subject: | RE: ███████████████  MOTOR VEHICLE ACCIDENT ESIGNED TX |

Just spoke with this PC. After discussing the case with him, he thinks he might have already hired Jim Adler to handle his case back in April. Adler's office is who set him up with treatment and everything. He's going to call them and see if they still represent him and get back with me.

Just wanted to update you.

████████

-----Original Message-----
From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
Sent: Tuesday, January 12, 2021 6:31 PM
To: ████████████████████ intake@quintessamarketing.com; ████████████████████
Cc: ████████████████████ intake@quintessamarketing.com; ████████████████████
Subject: ██████████████████████ MOTOR VEHICLE ACCIDENT ESIGNED TX

PC is signed and aware of your call.
Thank you

Intake Date/Time: 01/11/2021 07:12 PM

Intake User: Tiffanie -

Override Intake Date Time:

Case Summary: DOI: 4/3/2020
Location: Houston, Texas

Injury: PC is hurting in his lower back, Left knee and leg, left shoulder.
Treatment: PC was in physical therapy for 3 to 4 weeks two to three times a week. The PC caught Covid and was not able to keep going to treatment.  PC would like treatment arranged.

Liability: PC was driving in rain. The DEF hit the driver's side of the PC's car. The DEF lost control due to it raining.

PD: Harris county Houston Police Department

Insurance:
PC: Advance Auto | 2003 Ford Edge
DEF: Police Report | Jeep Newer

Commercial: No

Passengers: No

████████████████████

████████████████████

████████████████

ATTORNEYS' EYES ONLY



Incident Date: 04/03/2020

Incident Location: Beltway 8 Houston, Texas

PC Insurance Company: Advance Auto

PC Ins. Claim #: Will Provide

Private Health Insurance: None

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2003 Ford Edge

Defendant Vehicle Info (Year/Make/Model): Jeep Newer

Investigating Police Dept: Harris County Houston Police Department

Injuries and Treatment: PC is hurting in his lower back, Left knee and leg, left shoulder.
PC was in physical therapy for 3 to 4 weeks two to three times a week. The PC caught Covid and was not able to keep going to treatment. PC would like treatment arranged.

ATTORNEYS' EYES ONLY

Prior Attorney Name: None

Prior Settlement?: No

Property Damage Description: PC has damage on the driver's side, hood can not close, dent in the fender, and handle to the door was scratched, alignment is off pulls to the left side of the vehicle.

Property Damage Amount: 3000

Defendant Name: ██████████

Adverse Insurance: Police Report

Adverse Ins. Claim #: Will Provide

Who was ticketed for the accident: Unknown

defendantclaimno: Will Provide

Person Ticketed Explanation: Police Report

**ATTORNEYS' EYES ONLY**

| From: | Karen Davis |
|---|---|
| Sent: | Wednesday, February 24, 2021 9:19 PM CST |
| To: | accidentintakeforms2@gmail.com; lauren@quintessamarketing.com; |
| CC: | Maria Hernandez; Delia Victoria; Yohana Blanco; Raghuthaman; intake@quintessamarketing.com |
| Subject: | RE: COMMERCIAL MVA ESIGNED TX |

Hello,

These clients are currently still under the representation of Jim Adler, and the clients advised that they informed you of this fact. We are currently in the process of assisting the clients with terminating their relationship with Jim Adler. Please be aware that the actions taken that led to these clients being signed under our representation were unethical. Moving forward, please make sure to verify information as important as this. Signing a party who has current active legal representation is a principal violation and can result in extreme consequences for our Attorneys, and our firm. Thank you.

Original Message
From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
Sent: Wednesday, February 24, 2021 2:19 PM
To: lauren@quintessamarketing.com;

C

Subject: COMMERCIAL MVA ESIGNED TX

The PCs are signed and aware you will call.

Intake Date/Time: 02/24/2021 01:25 PM

Intake User: Reagan -

Override Intake Date Time:

Case Summary: DOI: 11/21/20

Injury:   Left shoulder and rotator cuff torn and lower back pain . The PC was going to American Family Chiropractic, but all the treatment has been coordinated through the PC's health insurance. He last was seen in January because he's been unable to obtain a negative Covid test to continue treatment. The PC's previous attorney didn't arrange any treatment for the PCs.

QUINTESSA_000979

| From: | |
|---|---|
| Sent: | Wednesday, February 24, 2021 9:19 PM CST |
| To: | accidentintakeforms2@gmail.com; ████████ lauren@quintessamarketing.com ████████ |
| CC: | ████████ |
| Subject: | RE: MARQUEICE BROWN-THOMAS COMMERCIAL MVA ESIGNED TX |

Hello,

These clients are currently still under the representation of Jim Adler, and the clients advised that they informed you of this fact. We are currently in the process of assisting the clients with terminating their relationship with Jim Adler. Please be aware that the actions taken that led to these clients being signed under our representation were unethical. Moving forward, please make sure to verify information as important as this. Signing a party who has current active legal representation is a principal violation and can result in extreme consequences for our Attorneys, and our firm. Thank you,



-----Original Message-----
From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
Sent: Wednesday, February 24, 2021 2:19 PM
To: ████████

Cc: ████████



Subject: ████████ COMMERCIAL MVA ESIGNED TX

The PCs are signed and aware you will call.

Intake Date/Time: 02/24/2021 01:25 PM

Intake User: Reagan -

Override Intake Date Time:

Case Summary: DOI: 11/21/20

Injury:   Left shoulder and rotator cuff torn and lower back pain . The PC was going to American Family Chiropractic, but all the treatment has been coordinated through the PC's health insurance. He last was seen in January because he's been unable to obtain a negative Covid test to continue treatment. The PC's previous attorney didn't arrange any treatment for the PCs.

**ATTORNEYS' EYES ONLY**

PC's Driver (Wife) : Lower back pain and neck pain . Last seen in January for the same reason. The PC is pregnant as well.

Liability:  PC was on I-35 northbound; they were in the center lane when the DEF swerved into the PC and hit them, pushing them for a little bit before the PC was pushed into the retaining wall. The DEF was a drink driver, he was taken to jail for DWI . The PC went and filed the report with the Dallas County (Carrolton) PD the following day. The DEF insurance has reached out to the PC and paid for the prop damage.

insurance:



For treatment, the PC provided some information for the treatment facility: American Family Chiropractic in Sanger, TX; Fax #: 940-458-7745



Incident Date: 11/21/2020

ATTORNEYS' EYES ONLY

Incident Location: I-35 North, Dallas, TX

PC Insurance Company: Allstate

PC Ins. Claim #: X

Private Health Insurance: N/A

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2017 Chevy Cruz

Defendant Vehicle Info (Year/Make/Model): Ford F-250

Investigating Police Dept: Dallas PD

Injuries and Treatment: Above.

Prior Attorney Name: Jim Adler

Prior Settlement?: No

Property Damage Description: Vehicle was totaled

Property Damage Amount: 4500

Defendant Name: Police Report

██████████████████████████

███████████████████

████████████████████████████

██████████████████

Person Ticketed Explanation: DEF was arrested

Passengers:
----------------------------------------
Name: Tristin Brown

██████████████████████████████

**ATTORNEYS' EYES ONLY**



Injured: Yes

Injuries and Treatment: Lower back pain and neck pain . Last seen in January for the same reason. The PC is pregnant as well.

| From: | ▮▮▮▮▮▮▮▮ |
|---|---|
| Sent: | Monday, April 12, 2021 3:19 PM CDT |
| To: | Mike Walker; Lauren McNeil |
| Cc: | ▮▮▮▮▮▮▮ |
| Subject: | FW: Case Submitted For Disengagement For PC ▮▮▮▮▮▮ |

They thought they were singing up with Jim Adler.

**From:** accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
**Sent:** Monday, April 12, 2021 3:02 PM
**To:** disengagementreports@quintessamarketing.com; system@quintessamarketing.com
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
intake@quintessamarketing.com
**Subject:** Case Submitted For Disengagement For PC, ▮▮▮▮▮▮▮

The PC, ▮▮▮▮▮▮▮ was submitted for disengagement by ▮▮▮▮▮▮▮ on 4/12/2021 3:02:07 PM

Reason: Was represented at time lead was sent: Client told Case Manager that they have been retained by Jim Adler and requested that we drop them.

Click here for the case link

| From: | |
|---|---|
| Sent: | Wednesday, April 14, 2021 3:45 PM CDT |
| To: | Lauren McNeil; Leo Mingee |
| CC: | |
| Subject: | Re███████████COMMERCIAL PREMISES LIABILITY ESIGN PENDING TX |

Lauren/Leo,

I just spoke to this client and she told me that she was connected to me by Law Offices of Jim Adler, and didnt know what was going on here and was confused.

It appears to me that there is a connection here, because this is not the first time this has happened.

I have documented all of my conversations.

**From:** accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
**Sent:** Wednesday, April 14, 2021 1:32 PM

**Subject:**████████COMMERCIAL PREMISES LIABILITY ESIGN PENDING TX

PC is aware of your call. She will be home soon to sign. Thank you!

Intake Date/Time: 04/14/2021 03:04 PM

Intake User: Rebbecca -

Override Intake Date Time:

Case Summary: DOI: Saturday. 04/10/21 | Baytown, Tx.

Injury: PC has been to the hospital twice and an appointment on Friday. PC states the nerve is bothering her now since the cut. PC also had cancer in the arm that is injured. Doctor advised her to take pictures everyday.

Liability: PC was at HEB. PC was reaching for the water on the top shelf and there was plastic sticking out and went straight thru her arm. PC made a report with the manager and was supposed to be called back. PC went to urgent care and received a tetanus shot and antibiotics. PC states it still has a splinter in the wound and she has been advised that it will come out on it's own.



Case Type: Commercial Premises Liability

Accident State: TX



Incident Date: 04/10/2021

Private Health Insurance: BCBS

**ATTORNEYS' EYES ONLY**

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, May 12, 2021 11:20 AM CDT |
| **To:** | accidentintakeforms2@gmail.com; lauren@quintessamarketing.com; Darren Miller |
| **CC:** | |
| **Subject:** | |
| **Importance:** | High |

*Hello, this case came in monday I was reaching out to client and never heard back. I called to follow up and we finally made contact. Per our conversation this client spoke with your department and "requested Jim Adler as the attorney for this case". Client is not intrested in our legal representation and already has an attorney. Please dispute and credit back this lead we cannot accept this case.*

*Thank you,*



*...ter immediately and permanently, destroy all copies, and ...ommunications Privacy Act, 18 U.S.C. 2510-2521 and is ...of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee of agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

**From:** accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
**Sent:** Monday, May 10, 2021 11:19 AM
**To:** lauren@quintessamarketing.com
<lauren@quintessamarketing.com>; Darren Miller <darren@dmillerlaw.com>

intake@quintessamarketing.com <intake@quintessamarketing.com>;

**ATTORNEYS' EYES ONLY**

**Subject:** ████████ MOTOR VEHICLE ACCIDENT ESIGNED TX

The PC is signed and aware you will call.

Intake Date/Time: 05/10/2021 11:01 AM

Intake User: Karina -

Override Intake Date Time:

Case Summary: Sugar Land, TX

DOI: 05-10-21

Injury: The PC sustained injuries to her arm, neck, back pain. PC's stated she is feeling pain all over her body.

Liability: The PC was going through an intersection with the green light when the DEF ran the red light and hit the PC on the front driver's side and back end as well. The police arrived and filed a report. The DEF was cited at fault for the accident. The PC stated the DEF was on her phone at the time of the accident.

Insurance:
PC- Consumer Insurance
PC's vehicle- Nissan Rogue
DEF-Police Report
DEF's vehicle-Lexus 350 4D



Case Type: Motor Vehicle Accident

Accident State: TX

ATTORNEYS' EYES ONLY



Incident Date: 05/10/2021

Incident Location: Will provide

PC Insurance Company: Consumer Insruance

PC Ins. Claim #: X

Private Health Insurance: None

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2016 Nissan Rogue

Defendant Vehicle Info (Year/Make/Model): Lexus 350 4D

Investigating Police Dept: Sugarland PD

Injuries and Treatment: Above.

Prior Attorney Name: None

Prior Settlement?: No

Property Damage Description: PC's vehicle was totaled.

Property Damage Amount: 15000

Defendant Name: Police Report

Adverse Insurance: Police Report

Adverse Ins. Claim #: X

Who was ticketed for the accident: Defendant

defendantclaimno: X

Person Ticketed Explanation: The DEF was cited at fault for the accident.

QUINTESSA_001117



**Hello,**

*We are having issues with PC, your department lived transferred her over and I spoke with PC regarding her legal matter. PC's case manager is trying to get in touch with her and she keeps hanging up the phone unable to make contact. PC mention she signed with Jim Adler and does not understand why we keep trying to communicate with her.  Please attempt live transfer over to Case Manager Marissa Brown at 346-309-3657*

*Thank you,*



*If you have received this communication in error, please delete it from your computer immediately and permanently, destroy all copies, and notify us by telephone ——————— this email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee of agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

**From:** accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
**Sent:** Wednesday, June 9, 2021 4:01 PM
**To:** ███████████████████████ lauren@quintessamarketing.com <lauren@quintessamarketing.com>; ███████████████████
**Cc:** █████████████████████████████████████



PC is signed, transferring now.

Intake Date/Time: 06/09/2021 03:30 PM

Intake User: Anna LaQuatra

Override Intake Date Time:

Case Summary: DOI- June 9th 2021 4am | Fort worth, TX

Injury- The PC went to the hospital today and they took x-rays and a CT scan. The PC's neck, back, shoulder, and head hurts. The doctor found something wrong in her back and was told to follow up with her primary care for further treatment.

Liability- The PC was parked when she ran out of gas on the freeway. She had her flashers on and when the PC was pushing her vehicle. The Pc got back in her car when she saw cars coming. She wanted for traffic to clear again before starting to push the vehicle again. The DEF came down and crossed into her lane and hit the PC while she was in the car. The police came to the scene and cited the DEF for failure control speed.

Insurance- PC: none- did get a ticket for no insurance DEF: police report

passengers- none

commercial- Semi/ Braum's ice cream



Case Type: Semi

ATTORNEYS' EYES ONLY

Accident State: TX

<!-- redacted -->

Incident Date: 06/09/2021

Incident Location: I-35 and 2500 East long Ave on the freeway

PC Insurance Company: none

PC Ins. Claim #: none

Private Health Insurance: none

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2003 Chevy avalanche

PC Vehicle Location: right lane going to the s

Defendant Vehicle Info (Year/Make/Model): right lane on I-35

Investigating Police Dept: Fort Worth PD

Police Report #: will provide

Injuries and Treatment: The PC went to the hospital today and they took x-rays and a CT scan. The PC's neck, back, shoulder, and head hurts. The doctor found something wrong in her back and was told to follow up with her primary care for further treatment.

Prior Attorney Name: none

Prior Settlement?: No

**ATTORNEYS' EYES ONLY**

Property Damage Description: drivable shakes when you drive, dented all the up the driver side, the frame is bent

Property Damage Amount: 3000

Defendant Name: police report

Adverse Insurance: police report

Adverse Ins. Claim #: police report

Who was ticketed for the accident: Defendant

defendantclaimno: police report

Person Ticketed Explanation: police report

QUINTESSA_001131

| From: | accidentintakeforms1@gmail.com |
|---|---|
| Sent: | Wednesday, June 16, 2021 8:06 PM CDT |
| To: | |
| CC: | |
| Subject: | |

The PC,          was submitted for disengagement by          on 6/16/2021 8:06:00 PM

Reason: Outside Attorney's geographic area: Quintessa misrepresented this case and had confirmed that the PCs are signing up with Jim Adler. That is the only law firm          wanted to sign up with and according to her, she had repeatedly asked if that is the law firm they are signing up and was told yes by Quintessa. I explained what our law firm can do for them and how they will have access to me directly and how our law firm is different. Her response was that she has always wanted to have a case with Jim Adler and that was the firm being represented to her. Please disengage and provide refund.

[Click here for the case link](#)

QUINTESSA_001144

| | |
|---|---|
| **From:** | accidentintakeforms2@gmail.com |
| **Sent:** | Tuesday, July 6, 2021 3:11 PM CDT |
| **To:** | disengagementreports@quintessamarketing.com; system@quintessamarketing.com |
| **CC:** | |
| **Subject:** | Case Submitted For Disengagement For PC, |

The PC, ▮▮▮▮▮▮ was submitted for disengagement by ▮▮▮ on 7/6/2021 3:11:41 PM

Reason: Was represented at time lead was sent: This PNC stated that he was mislead into signing with our office. He stated that whoever he spoke with said he would be signing with Jim Adler. He did not want to sign with our law firm. The PNC made it very clear and sent a text message in writing releasing us of our services. We will be terminating this case due to the PNC stating he was mislead into signing with us and because of the text message we received releasing us as his attorney

[Click here for the case link](#)

QUINTESSA_001169

| From: | accidentintakeforms1@gmail.com |
| --- | --- |
| Sent: | Friday, July 9, 2021 9:15 AM CDT |
| To: | disengagementreports@quintessamarketing.com; system@quintessamarketing.com |
| CC: | |
| Subject: | Case Disengaged For PC |

The PC, ⬛⬛⬛⬛⬛, was disengaged by Mike Walker on 7/9/2021 9:15:52 AM

Reason: Was represented at time lead was sent: ⬛⬛⬛⬛ spoke with two of our associates today and told us that he is represented by Jim Adler. We advised that he did sign our contract on Saturday but he says he thought we were Jim Adler and is not interested in ⬛⬛⬛⬛⬛ representing him. Please do not bill for this one.

Click here for the case link

QUINTESSA_001170

| From: | |
|---|---|
| Sent: | Wednesday, July 21, 2021 12:51 PM CDT |
| To: | Mike Walker |
| Subject: | FW ████████████ MOTOR VEHICLE ACCIDENT ESIGNED TX |
| Attachments: | We sent you safe versions of your files.msg, 860F6B86-3BD3-4BD5-AFA7-9A8B4A263B35.pdf |

I just had a very concerning conversation with ██████████████

First, he stated that he was previously represented by a Colorado attorney, so we are awaiting that drop letter from him. He sent us the communication he has had with that firm indicating that he is dropping the firm, so we are now we are awaiting the drop letter from the prior firm. However, below it says "N/A" for prior attorney name.

Also he stated that he was referred to our firm by Ruby who works for Jim Adler. I confirmed what he said and he repeated that he was under the belief that Ruby works for Jim Adler and she referred him to us. I confirmed with him multiple times that he fully understood that █████████ work for ██████████████ and that I am an attorney at ████████████ It seems to me like Ruby, who is a Quintessa employee, deliberately mislead ████████████ n her conversation.



-----Original Message-----
From: accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
Sent: Wednesday, July 14, 2021 12:17 PM

██████████████████

intake@quintessamarketing.com;

ATTORNEYS' EYES ONLY

 MOTOR VEHICLE ACCIDENT ESIGNED TX

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

This message originated from outside your organization

The PC is signed and aware you will call. Thank you!

Intake Date/Time: 07/14/2021 11:46 AM

Intake User: Ruby -

Override Intake Date Time:

Case Summary: DOI: 05/31/2021 | San Antonio, TX

Injuries: The PC was transported to Mercy Hospital the same day of the accident. The PC was admitted into the hospital for 3 days. The PC then followed up with the hospital on June 23, PC has a follow up appointment tomorrow. The PC sustained trauma to his head, right leg is fractured from his knee cap to the ankle, 2nd & 3rd degree burns.

Liability: The PC was walking on FM78 through the cross walk to get across the street when the DEF floated the stop sign, hitting the PC head on and the PC was clipped underneath the vehicle. The Bexar County Sheriff Department arrived to the scene to file report.

Insurance:
PC: Pedestrian
DEF: Unknown

QUINTESSA_001178



Incident Date: 05/31/2021

Incident Location: FM78- San Antonio, TX

PC Insurance Company: N/A

PC Ins. Claim #: N/A

Private Health Insurance: N/A

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): Pedestrian

Defendant Vehicle Info (Year/Make/Model): Sedan

Investigating Police Dept: Bexar County Sheriff Dept

**ATTORNEYS' EYES ONLY**

Injuries and Treatment: Above.

Prior Attorney Name: N/A

Prior Settlement?: No

Property Damage Description: Pedestrian

Property Damage Amount: 1500

Defendant Name: ███████████

Adverse Insurance: Unknown

Adverse Ins. Claim #: N/A

Who was ticketed for the accident: Unknown

defendantclaimno: N/A

Person Ticketed Explanation: The PC is unsure if the DEF received a citation.

**ATTORNEYS' EYES ONLY**

| From: | Ben McCaslin |
|---|---|
| Sent: | Monday, November 22, 2021 10:52 AM CST |
| To: | ██████████ Lauren McNeil |
| CC: | ██████████ Ishmeal Riley; Mike Walker; Leo Mingee |
| Subject: | RE: Notice of Termination |

I understand that ██████████ believes that Quintessa materially breached the contract. Quintessa disagrees.

Please accept this as notice that ██████████ is in material breach of the contract by not funding its campaign on November 15, 2021. Quintessa will be forced to take legal action if this breach is not cured within 5 days.

Sincerely,

*Attorney at Law*

This e-mail contains privileged and confidential information intended only for the use of the recipient(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us via e-mail and delete this e-mail from your system. Thank you.

**From:** ██████████
**Sent:** Friday, November 12, 2021 4:05 PM
**To:** Ben McCaslin <Ben@stride.law>; Lauren McNeil <lauren@quintessamarketing.com>
**C** ██████████ Ishmeal Riley <ishmeal@quintessamarketing.com>; Mike Walker <mike@quintessamarketing.com>; Leo Mingee <leo@quintessamarketing.com>
**Subject:** RE: Notice of Termination

Ben,

 QUINTESSA_001255

I will have to check on the account to see if it is still negative or not. However, the fact that is went negative in the first place is a material breach.

Below are a list of some clients who thought they were signing with other entities:



Claims that she was told by Samantha that she was speaking with Jim Adler's office.

s very upset because she doesn't know how she ended up signed with signed up with Jim Adler.

ed that he thought he was signing with Jim Adler's office.

stated that he thought he was signing with Jim Adler's office.

he was not looking for an attorney. She said she received a call from impression the conversation was with the insurance company.

ed he never signed the contract and the attorney from Thomas J. Henry we kept harassing their client. The attorney stated that the client was hat he was talking to Thomas J. Henry.

tated he was not looking for an attorney; he was under impression the nce company, USAA.

Client stated that she thought she was signing with Adame Garza's office.

I hope you can explain to your client the serious nature of this issue and the potential liability it poses to our firm and that it is indeed a material breach of the agreement.

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Ben McCaslin <Ben@stride.law>
**Sent:** Friday, November 12, 2021 2:59 PM
**To:** Lauren McNeil <lauren@quintessamarketing.com
**Cc:** [redacted] hmeal Riley <ishmeal@quintessamarketing.com>; Mike Walker <mike@quintessamarketing.com>; Leo Mingee <leo@quintessamarketing.com>
**Subject:** RE: Notice of Termination

This message originated from outside your organization

[redacted] do so that we can address this issue properly. I know you mentioned the provision that says your campaign will be paused at a certain point, but that issue was cleared up after adjusting for disengagement credits, and your account is no longer negative, correct?

You also mention that there are other examples of clients who thought they were signing with someone else. Can you provide the names of the clients so we can look into it? Anything else you contend was a breach that hasn't been addressed?

Ben M.

**From:** Lauren McNeil <lauren@quintessamarketing.com>
**Sent:** Friday, November 12, 2021 2:14 PM
**To:** [redacted]
**Cc:** [redacted] en McCaslin <Ben@stride.law>; Ishmeal Riley <[redacted]>; Mike Walker <mike@quintessamarketing.com>; Leo Mingee <leo@quintessamarketing.com>
**Subject:** Re: Notice of Termination

[redacted] how we were the first to breach

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Nov 12, 2021, at 2:10 PM, [redacted] wrote:

ATTORNEYS' EYES ONLY

As stated previously, there have already been material breaches on your part. You have breached first and I am sure Ben can advise you on the consequences for being the first to breach. We have more examples of people who were lead to believe they were singing with another firm instead of ours. Again, this is potential liability to our firm on several fronts.

On Nov 12, 2021, at 12:54 PM, Lauren McNeil <lauren@quintessamarketing.com> wrote:

**This message originated from outside your organization**

I expect to be paid by the agreement. The payment is due on the 15th. Please check your billing, your account is at 2 remaining, and is not negative. Your account may run negative because of disengagement's but then become positive from credits.

Any issues that may be had with any clients at all should be addressed between ▮▮▮ and Ishmeal. ▮▮▮ brought up two clients and we pulled calls and addressed with him timely.

Please discuss with our attorney Ben on any of these matters. You will put yourself in breach by not funding next week.

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Nov 12, 2021, at 12:19 PM, ▮▮▮ wrote:

Lauren,

We are not on the same page as far as any additional monies owed to Quintessa. There were several issues with Quintessa's performance under the contract. Issues that arise to material breaches of the agreement.

ATTORNEYS' EYES ONLY

We have had numerous clients inform us that they were misled into signing the contract with our firm. The clients believed they were signing with another firm not ours. As you might imagine, this type of issue could expose our firm to all sorts of claims. Additionally, we have been dealing with an over-billing issue that is contrary to the contract from the inception of the relationship. Specifically, the contract states (in the seventh clause) that once the balance "drops below the amount necessary to cover" $8,000 in cases, the campaign will



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Lauren McNeil <lauren@quintessamarketing.com>
**Sent:** Thursday, November 11, 2021 2:03 PM
**To:**
**Cc:**
**Subject:** Re: Notice of Termination

**This message originated from outside your organization**

Thank you for your letter. I will take this as your 30 day notice with billing still due on the 15th of November. Please let me know that we are on the same page. Also, Ishmeal will circle back with          regarding any outstanding leads

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

QUINTESSA_001259

Appx. 456

M: [405-443-9756](tel:405-443-9756)

"A New Brand of Legal Marketing"

On Nov 11, 2021, at 1:57 PM,

Ms. Mingee,

Please see the attached notice of termination.

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

&lt;Termination Letter--Quintessa.pdf&gt;

**ATTORNEYS' EYES ONLY**



| | |
|---|---|
| **From:** | |
| **Sent:** | Saturday, December 4, 2021 8:20 AM CST |
| **To:** | Lauren McNeil |
| **CC:** | |
| **Subject:** | |

Yes...and the click to call ads conveniently placed below competitors (that can easily be avoided by putting that very firm in as a negative keyword into ad words) have been alleged to be deceptive in the Jim Adler lawsuit you are presently a defendant in Texas. Again, all I am saying is we are seeing the very same thing and this picture was taken two months after we let you know about Farrah and Farrah.

My advice to you is to simply fulfill your contract with me and quit egging me on. This will not end well if we continue bickering.



The information contained in this transmission may be attorney/client privileged and therefore confidential. This information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of the communication is strictly prohibited. If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please noti███████████████████ ████████████████ Thank you.

-------- Original message --------
From: Lauren McNeil <lauren@quintessamarketing.com>
Date: 12/4/21 6:12 AM (GMT-08:00)
To:
Cc



You asked me about this before, and I explained. When you bid on terms like personal injury lawyer, injury lawyer, injury attorney you broad match to personal injury terms.

QUINTESSA_001289

But no, I do not do competitive advertising in Florida

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Dec 4, 2021, at 9:09 AM ████████████████████ wrote:

You don't?  See attached screenshot. I have many examples of this.  Hence why so many Farrah and Farrah clients are claiming they didnt sign ██████ contracts.
I have no interest in speaking with your lawyer. The same lawyer who merely emailed me a two sentence replay and never called me when another law firm threatened to sue us.  He represents you and your company.  Thus, he would have no reason not to echo what you are telling him.  That's his job!
A gain, let's simply get the credits and replacements; then we can cease business.



The information contained in this transmission may be attorney/client privileged and therefore confidential.  This information is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of the communication is strictly prohibited.  If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please notify ██████████████  ████████████  ███████ █████-mail.  Thank you.

-------- Original message --------

From: Lauren McNeil <lauren@quintessamarketing.com>
Date: 12/4/21 4:37 AM (GMT-08:00)
To:
Cc:

Subject: Re: 21-500.32392.SD Willis Jr., James v. UNKNOWN:

Let me know if you want to speak with our counsel again. Scripts have been approved by our ethics. Copied Chris Schweggman on this email for any further questions in regards to that matter.

I've never been on an email with most of these people so if anyone has any questions my cell is below.

Everything we do is above board. Whatever new information you are referencing, please pass over so I can address.

We do not do any competitive bidding in Florida, we've let you know this multiple times.

Have a good weekend.

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Dec 3, 2021, at 11:10 PM,                                    rote:

These issues came up before including a law firm that threatened to sue us in much the same manner you have been sued before. I believed in your assurances that everything was above board. You would not provide us a copy of your calls to see what your team is actually saying to these prospective clients  I have learned some troubling new information from another firm.

It is no coincidence that these same issues pop up over and over again and it eerily echoes what has been alleged by Jim Adler in the present lawsuit you are defending in Texas. I am simply calling the balls and strikes. We kept the deal going based on our prior phone conferences wherein you again assured us that you would resolve some of the problems brought to your attention.

We can proceed until all cases and credits are fulfilled.

No need to respond I am not going to dignify this nonsense.



The information contained in this transmission may be attorney/client privileged and therefore confidential. This information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of the communication is strictly prohibited. If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please notify ███████████ by ███████████████████ Thank you.

-------- Original message --------
From: Lauren McNeil <lauren@quintessamarketing.com>
Date: 12/3/21 5:40 PM (GMT-08:00)
To:
Cc:

Subject: Re: 21-500 32392.SD Willis Jr., James v. UNKNOWN:
They can read ███ They see your firm big and bold on the retainer. They sign that not us . Deception isn't one of our traits. And this hasn't been a conversation until we've severed the relationship.
Up until this month you've had no problem funding our advertising. We will move forward  as normal.


**Lauren V. Mingee**

QUINTESSA_001292

Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Dec 3, 2021, at 5:18 PM, ████████████████████ wrote:

Hmmmm.  Explain how this has happened so many times in a span of 4 months.  It defies explanation.  It would appear that these unsophisticated clients were deceived into signing with us.  That's not my claim.  Rather that is what a number of these individuals have claimed time after time.



The information contained in this transmission may be attorney/client privileged and therefore confidential.  This information is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of the communication is strictly prohibited.  If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please notify ████████████
████████████████████  Thank you.

-------- Original message --------
From: Lauren Mingee <lauren@quintessamarketing.com>
Date: 12/3/21 1:57 PM (GMT-08:00)
To: ████████████████████████
Cc: ████████████████████████

QUINTESSA_001293

██████████████████████████████████

v. UNKNOWN:

If they sign a contract with your name on it there's no way they can claim this.

On Fri, Dec 3, 2021 at 4:55 PM ██████████████████ wrote:
Kyle:

Another Quintessa lead wherein the client claims to have never heard of us and didnt believe they were signing a contract with ██████████████ We have seen over 15 cases in three months in which a client signed a contract with ██████ and then subsequently claims to have not heard of us from the initial call.

Please ensure we get a credit for this one as we wind down our final cases with Quintessa.

████

██████████████████████████

The information contained in this transmission may be attorney/client privileged and therefore confidential. This information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of the communication is strictly prohibited. If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please notify ███████████ by █████████████ or e-mail. Thank you.

-------- Original message --------
From: ████████████████████████
Date: 12/3/21 1:16 PM (GMT-08:00)

██████████████████████████

v. UNKNOWN:

██████████████████

There's a signed contract and spoke to ▮▮▮▮ how could he have never heard of us?>



**From:** ▮▮▮▮
3, 2021 4:11 PM
**To:** ▮▮▮▮
v. UNKNOWN:

▮▮▮▮ client who has apparently never heard of us and is using Bagen as his attorney. I think we should close this file.



**From:** ▮▮▮▮
**Sent:** Friday, December 03, 2021 3:39 PM
**To:** ▮▮▮▮
**Subject:** ▮▮▮▮ v. UNKNOWN:

Good afternoon,

I was working on this case today when I got a call from Brittany with Progressive. She said our client is already being represented by Steven A Bagen & Associates PA. She said she has already been working with a Christen from the firm.

I am not sure what to do at this point? I just got the PR last night to get defd info and was about to draft my LORs. I have not heard from the client since I left him a voicemail 11/16. He never responded to my email either.

I wanted to bring this to your attention.

Please advise how you would like to proceed.

Thank you,





CONFIDENTIALITY NOTICE: This e-mail message and attachments hereto may contain legally privileged and confidential information intended for the exclusive use of the addressee. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender, by e-mail or telephone, and delete the original message from your computer.

--
**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing
M: 405-443-9756
"A New Brand of Legal Marketing"

<Screenshot_20211026-150046_Samsung_Internet.jpg>

ATTORNEYS' EYES ONLY

QUINTESSA_001297

ATTORNEYS' EYES ONLY

QUINTESSA_001298

| From: | |
|-------|---|
| Sent: | Monday, September 14, 2020 4:18 PM CDT |
| To: | accidentintakeforms2@gmail.com; intake@quintessamarketing.com |
| CC: | Mike Walker |
| Subject: | Re: ███████████ MOTOR VEHICLE ACCIDENT ESIGNED TX |

They are stating that Ji Adler's office called them and that they think they signed contracts with Jim Adler.



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by teleph██ ████████████ ███████████ ████████████████ delete this message and all copies ██████████████████. Thank you.

IRS Circular 230 Disclosure: The law firm and the attorneys listed above do not provide tax advice. Accordingly, any discussion of U.S. federal tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

On 9/14/20, 2:53 PM, "accidentintakeforms2@gmail.com" <accidentintakeforms2@gmail.com> wrote:

PC and all passengers are signed . The client would like direct contact as soon as possible do to immediate treatment required. Thank you.

Intake Date/Time: 09/14/2020 01:52 PM

Intake User: Rosa -

Override Intake Date Time:

Case Summary: DOI: 09/13/2020
San Antonio TX

**The PC is currently very concerned about medical treatment for her and her kids do to the severity of the pain.

Liability: PC was traveling through a parade turning into San Joaquin St with the right of way when DEF riding a motorcycle struck passengers side. San Antonio PD arrived at the scene. Case Number: 20174410. No party was set at fault. No party was transported away via ambulance. PC is 100 percent sure that she is not at fault.

Injuries: PC has pain in her face and she has a knot in her head do to hitting her head somewhere inside the vehicle. PC is also having severe back pain and she has not been able to sleep. PC also hit her elbow somewhere and it may be injured.

Insurance: DEF : Totaled bicycle / See Police Report
PC: A Max / 2001 Dodge Durango

CONFIDENTIAL

Commercial: No
Passengers: (2)







PC SSN: x



Incident Date: 09/13/2020

Incident Location: San Antonio

PC Insurance Company: A Max

PC Ins. Claim #: x

Private Health Insurance: None

Was PC at fault?: Unknown

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2001 Dodge Durango

Defendant Vehicle Info (Year/Make/Model): Motorcycle

Investigating Police Dept: San Antonio PD

Injuries and Treatment: PC has pain in her face and she has a knot in her head do to hitting her head somewhere inside the vehicle. PC is also having severe back pain and she has not been able to sleep. PC also hit her elbow somewhere and it may be injured.

Prior Attorney Name: None

Prior Settlement?: No

Property Damage Description: Passenger side, back and front doors are damaged do to the side swipe. The back door is unable to open. The back passenger window broke completely. PC is unaware if there is any further internal damage.

Property Damage Amount: 1

Defendant Name: See Police Report

Adverse Insurance: x

Adverse Ins. Claim #: x

Who was ticketed for the accident: Unknown

defendantclaimno: x

Person Ticketed Explanation: PC is unaware if DEF was cited.


Passengers:
-----------------------------------------



Injured: Yes

Injuries and Treatment: The passenger is currently having severe pain in his back. The passenger is seeking immediate treatment.

-----------------------------------------


**CONFIDENTIAL**



Injured: Yes

Injuries and Treatment: The passenger was the front passenger. His whole right side is in pain and his back is feeling severe pain. The passenger is seeking immediate treatment.

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, October 5, 2020 4:03 PM CDT |
| **To:** | Mike Walker |
| **Subject:** | FW: ▓▓▓▓ MOTOR VEHICLE ACCIDENT ESIGNED TX |
| **Attachments:** | B68A71A5-A0D6-4859-8AFE-02DC14F0363E.pdf, ▓▓▓ |

Mike,

Sorry to bother you with this but here is another one that says he was told he was signing with Adler and he is cancelling the contract and wants Adler. Specifically, PC claims he was called by 'Dee' and has no idea how she knew he was in an accident and that he was signing with Jim Adler. Claims he did not want to sign with us and did not know who we are, was told he was signing with Jim Adler's office.

We seem to be getting this a lot and I think that we need to find out what is happening because it is not productive to anyone. Additionally, his property damage is almost none, it appears to be a bent rim.



On 10/5/20, 2:57 PM, "accidentintakeforms2@gmail.com" <accidentintakeforms2@gmail.com> wrote:

PC is signed and aware of your call. Thank you!

Intake Date/Time: 10/05/2020 12:11 PM

Intake User: Rebbecca -

Override Intake Date Time:

Case Summary: DOI: Sept 22nd, 2020 | Houston, TX.

Injury: Lower back and knee. He has tingling in his feet also his neck. PC went to the chiropractor 2-3 days after the accident. They did x-rays and he is being seen everyday at the chiropractors office. PC has been out of work and they are stating he is going to be out of work for a few months.

QUINTESSA_001934

Liability: PC states the DEF was coming off the exit ramp of the beltway and the PC was on the feeder. DEF was in the far right lane and missed the exit hitting the PC on the rear left fender. PC states the DEF was doing about 70 MPH. No police came to the scene due to the rain and it being late. PC states the DEF was very confused at the scene of the accident. They exchanged information.

Insurance: PC-None. DEF-Jubilee Insurance Company.

Commercial: None. Passengers: None.





Case Type: Motor Vehicle Accident

Accident State: TX



Incident Date: 09/22/2020

Incident Location: Beltway and Feeder Exit.

PC Insurance Company: None.

PC Ins. Claim #: None.

Private Health Insurance: Work Insurance.

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2018 Chrysler 300 Sport

Defendant Vehicle Info (Year/Make/Model): 2005 Toyota Camry/Corolla

Investigating Police Dept: None.

Injuries and Treatment: Lower back and knee. He has tingling in his feet also his neck. PC went to the chiropractor 2-3 days after the accident. They did x-rays and he is being seen everyday at the chiropractors office. PC has been out of work and they are stating he is going to be out of work for a few months.

Prior Attorney Name: None.

Prior Settlement?: No

Property Damage Description: Rear left fender damage, rim and bumper. Also feels like there is a transmission issue.

Property Damage Amount: 2000

Defendant Name: Jeini Salazar

Adverse Insurance: Jubilee Insurance Company.

Adverse Ins. Claim #: x

Who was ticketed for the accident: Unknown

defendantclaimno: x

Person Ticketed Explanation: No police came to the scene.

QUINTESSA_001936

| From: | Lauren McNeil |
|---|---|
| Sent: | Thursday, December 17, 2020 6:26 PM CST |
| To: | |
| CC: | Mike Walker; Jason Love |
| Subject: | Re: Question - |

We can evaluate the calls and make you aware of any issues on our end. If Ruby said anything to that nature, it would be addressed and she would be written up. We will listen and let you know. Again, we don't give out recordings unless there is a pertinent reason. For example, if ruby promised a client a million dollars then yes, I would review and let you know. If there was a bar complaint, of course, I would turn over. But out of hundreds of signed retainers with you all, these are the only two you have brought up.

Please provide any other names and we will review  let you know. Jason and Mike please review calls first thing and let's speak afterwards. ▮▮▮▮▮ you'll have a report by noon.

Thanks,

**Lauren V. Mingee**
Founder & CEO
Quintessa Marketing

M: 405-443-9756

"A New Brand of Legal Marketing"



On Dec 17, 2020, at 6:04 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Why can't I have the recording?  She is completely uncooperative as far as treatment, because she says it will interfere with her school.  She will not give us her insurance policy coverage to verify UIM coverage and she claims that Ruby at Quintessa told her that we can get that and she doesn't have to.  I want to know if that is true that Ruby said that.  We also have a case from earlier today where Ruby did the intake and the PC told her that she was dropped by Adler because the police report found her at fault.  Ruby then signed the case, sent it through and failed to mention that, instead stating it was dropped for personal reasons.

CONFIDENTIAL



This is why I want to listen to the full recordings and see if Ruby did what was alleged or are both of these PC's lying to my office.



**From:** Lauren McNeil <lauren@quintessamarketing.com>
**Date:** Thursday, December 17, 2020 at 5:54 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮ Mike Walker <mike@quintessamarketing.com>
**Subject:** Fwd: Question ▮▮▮▮▮▮▮▮
▮▮▮

Mike sent me your email and wanted to address it. We don't send recordings to our clients usually, is there something that happened for your request? Let me know and we can review.

Thanks,

**Lauren V. Mingee**
Founder & CEO
<u>Quintessa Marketing</u>

M: <u>405-443-9756</u>

"A New Brand of Legal Marketing"





Begin forwarded message:

> **From:** Mike Walker <mike@quintessamarketing.com>
> **Date:** December 17, 2020 at 5:49:06 PM CST
> **To:** Lauren Mingee <lauren@quintessamarketing.com>
> **Subject: Fwd: Question** ▮▮▮▮▮▮

FYI

CONFIDENTIAL

QUINTESSA_002044

---------- Forwarded message ---------
From:
Date: Thu, Dec 17, 2020 at 5:38 PM
Subject: Question
To: Mike Walker <mike@quintessamarketing.com>

Mike,

Can I get her complete, unedited, intake call recording and any other complete and unedited recordings with her and (she said Ruby)?

Thank you,



--
**Mike Walker**
**Quintessa Marketing**
**Director of Business Operations**
7919 Mid America Blvd, Suite #230
Oklahoma City, OK 73135
C: 405-664-2584

"A New Brand of Legal Marketing"



QUINTESSA_002045

| | |
|---|---|
| **From:** | ████████████████ |
| **Sent:** | Monday, June 27, 2022 12:17 PM CDT |
| **To:** | Intake User |
| **CC:** | ████████████ qmsupport@quintessamarketing.com |
| **Subject:** | Re: ████████ MOTOR VEHICLE ACCIDENT ESIGN PENDING TX |

Good afternoon,

███████████ keeps telling us that she wants Jim Adler.
We have already spoken to her several times and are telling her we can also help but she refuses.
We are Disengaging her.

Sincerely,



Extensive external disclaimer:
Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents ) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately. If you have received this email in error, please notify us immediately by e-mail or telephone and delete the e-mail from any computer. If you or your employer does not consent to internet e-mail messages of this kind, please notify us immediately. All reasonable precautions have been taken to ensure no viruses are present in this e-mail. As our company cannot accept responsibility for any loss or damage arising from the use of

QUINTESSA_002584

this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use. The views, opinions, conclusions and other information expressed in this electronic mail are not given or endorsed by the company unless otherwise indicated by an authorized representative independent of this message.

**From:** Intake User <intake@quintessamarketing.com>
**Date:** Tuesday, June 21, 2022 at 1:40 PM
**To:** ██████████████████
**Cc:** Document Sender <documents@accidentintakeforms.com> ██████████
**Subject:** Re: ███████████ MOTOR VEHICLE ACCIDENT ESIGN PENDING TX

We just spoke with the potential client and she confirmed she has not signed paperwork with any. She is waiting on a call from ███████████ to pursue. Do you all have a good transfer number? We aren't able to get through on the one that we have.

On Tue, Jun 21, 2022 at 1:33 PM ███████████████ wrote:

We spoke to her after she got out of the hospital and you guys let us know she was out. She said we are not her attorney.
She said Jim Adler is whom she had hired not us.

Sincerely,



Extensive external disclaimer:
Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents ) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately. If you have received this email in error, please notify us immediately by e-mail or telephone and delete the e-mail from any computer. If you or your employer does not consent to internet e-mail messages of this kind, please notify us immediately. All reasonable precautions have been taken to ensure no viruses are present in this e-mail. As our company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use. The views, opinions, conclusions and other information expressed in this electronic mail are not given or endorsed by the company unless otherwise indicated by an authorized representative independent of this message.

**From:** Intake User <intake@quintessamarketing.com>
**Date:** Tuesday, June 21, 2022 at 12:45 PM
**To:** Document Sender <documents@accidentintakeforms.com>
**Cc:** ████████████████████████████████████████
**Subject:** Re: ██████████████ MOTOR VEHICLE ACCIDENT ESIGN PENDING TX

Can the firm please reach out?  She has not heard from anyone since she has been out of the hospital and requests a call at your earliest convenience.

On Sat, Jun 18, 2022 at 10:41 AM Intake User <intake@quintessamarketing.com> wrote:

PC just called me. She has been in the hospital and was not near her phone. I attempted to live transfer and got voicemail.

Please let me know if PC is still engaged with the firm.

Thank you,

Phil Porter

On Mon, Jun 6, 2022 at 11:04 AM <documents@accidentintakeforms.com> wrote:

Client needs assistance signing. We are transferring now.

Intake Date/Time: 06/06/2022 10:29 AM

Intake User: Phil -

Override Intake Date Time:

Premium Case: False

CONFIDENTIAL

QUINTESSA_002586

Appx. 480

Case Summary:
DOI: 05/31/2022

Roanoke TX

Injuries: Bruised tailbone. Chest pain. PC treated DOI. PC has not treated since.

Liability: PC was preparing to make a right turn and DEF rear ended PC. Roanoke PD. PR# 22011661

Vehicle and Insurance:
 PC- 2019 Ford Fiesta / Farmers / Full coverage

 DEF- 2017 Mercury Mariner / USAA

Passengers: no

Commercial: no



Case Type: Motor Vehicle Accident

Accident State: TX



CONFIDENTIAL

Incident Date: 2022-05-31

Incident Location: Roanoke TX

PC Insurance Company: Farmers

PC Ins. Claim #: pending

Private Health Insurance: Medicare

Was PC at fault?: No

Was PC injured?: Yes

Is PC Currently Pursuing Treatment?: Yes

If not, is PC willing to do follow-up treatment?: Yes

PC Vehicle Info (Year/Make/Model): 2019 Ford Fiesta

Defendant Vehicle Info (Year/Make/Model): 2017 Mercury Mariner

Investigating Police Dept: Roanoke PD

Injuries and Treatment: Bruised tailbone. Chest pain. PC treated DOI. PC has not treated since.

Prior Representation?: No

Property Damage Description: Totaled

Property Damage Amount: 5000.00

Pictures Included?: No

Defendant Name: pending

Adverse Insurance: USAA

Adverse Ins. Claim #: pending

Who was ticketed for the accident: Unknown

defendantclaimno: pending

Person Ticketed Explanation: pending

# EXHIBIT 24
(To the Declaration of Diana Rausa)

FILED UNDER SEAL



| From: | accidentintakeforms1@gmail.com |
| Sent: | Friday, August 14, 2020 3:16 PM CDT |
| To: | disengagementreports@quintessamarketing.com |
| CC: | |
| Subject: | Case Submitted For Disengagement For PC |

The PC, ███████ was submitted for disengagement by ████████ on 8/14/2020 1:16:21 PM

Reason: Unresponsive Client: Spoke with NL, he mentioned he thought he signed with Jim Adler not us. TODAY he signed with Jim Adler.

Click here for the case link



Reason: Was represented at time lead was sent: He signed with Jim Adler

[Click here for the case link](#)

**ATTORNEYS' EYES ONLY**



The PC, ████████, was submitted for disengagement by ████████████ 10/5/2020 1:59:15 PM

Reason: Was represented at time lead was sent: PC was called by 'Dee' he claims and he was signing with Jim Adler. Claims he did not want to sign with us and did not know who we are, was told he was signing with Jim Adler's office.

Click here for the case link



Reason: Was represented at time lead was sent: PNC has niece on Jim Adler's staff and wants to work with them. Refuses to work with our firm. (NE)

Click here for the case link



The PC, [REDACTED], was submitted for disengagement by [REDACTED] on 12/10/2020 12:44:50 PM

Reason: Was represented at time lead was sent: Jim Adler

[Click here for the case link](#)

**ATTORNEYS' EYES ONLY**



The PC,        was submitted for disengagement      on 12/18/2020 7:55:06 AM

Reason: Was represented at time lead was sent: PC has Jim Adler as his attorney. Adler has not released his case nor has Adler released their interest in the case.

Click here for the case link



The PC, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was submitted for disengagement by ▮
▮▮▮▮▮▮ 2/21/2020 7:19:11 AM

Reason: Was represented at time lead was sent: Stated they thought we were with Jim Adler (LA)

Click here for the case link

QUINTESSA_000823



The PC, ▮▮▮▮▮▮▮▮, was submitted for disengagement b▮▮▮▮▮▮▮▮ 4/1/2021 4:18:28 PM

Reason: Was represented at time lead was sent: We spoke to ▮▮▮▮▮▮ and he has decided to stay with Jim Adler and does not need our services.

Click here for the case link

| | |
|---|---|
| **From:** | accidentintakeforms2@gmail.com |
| **Sent:** | Monday, April 12, 2021 3:02 PM CDT |
| **To:** | disengagementreports@quintessamarketing.com; system@quintessamarketing.com |
| **CC:** | |
| **Subject:** | Case Submitted For Disengagement For PC, ███████████ |

The PC, ██████████ was submitted for disengagement by ████████████ 12/2021 3:02:07 PM

Reason: Was represented at time lead was sent: Client told Case Manager that they have been retained by Jim Adler and requested that we drop them.

[Click here for the case link](#)

QUINTESSA_001071

Appx. 492

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Monday, April 12, 2021 3:19 PM CDT |
| **To:** | Mike Walker; Lauren McNeil |
| **CC:** | |
| **Subject:** | FW: Case Submitted For Disengagement For PC, ████████ |

They thought they were singing up with Jim Adler.

**From:** accidentintakeforms2@gmail.com <accidentintakeforms2@gmail.com>
**Sent:** Monday, April 12, 2021 3:02 PM
**To:** disengagementreports@quintessamarketing.com; system@quintessamarketing.com
**Cc:** ████████████████████████████████
intake@quintessamarketing.com
**Subject:** Case Submitted For Disengagement For PC, ████████

The PC, ████████ was submitted for disengagement b████████ on 4/12/2021 3:02:07
PM

Reason: Was represented at time lead was sent: Client told Case Manager that they have been
retained by Jim Adler and requested that we drop them.

[Click here for the case link](#)

**QUINTESSA_001072**

| | |
|---|---|
| **From:** | accidentintakeforms1@gmail.com |
| **Sent:** | Wednesday, April 14, 2021 8:42 AM CDT |
| **To:** | disengagementreports@quintessamarketing.com; system@quintessamarketing.com |
| **CC:** | |
| **Subject:** | Case Submitted For Disengagement For PC, |

The PC, ▮▮▮▮▮ was submitted for disengagement by ▮▮▮▮▮ on 4/14/2021 8:42:48 AM

Reason: Was represented at time lead was sent: We spoke with this client and she indicated she was trying to hire Adler, and that she wants a drop letter from us if she signed anything with us.

Click here for the case link

**ATTORNEYS' EYES ONLY**

| From: | accidentintakeforms2@gmail.com |
| Sent: | Thursday, April 15, 2021 2:46 PM CDT |
| To: | disengagementreports@quintessamarketing.com; system@quintessamarketing.com |
| CC: | ██████████████████████████████████████████████ |
| Subject: | Case Submitted For Disengagement For PC, ████████████ |

The PC ██████████, was submitted for disengagement by ██████████ on 4/15/2021 2:46:32 PM

Reason: Was represented at time lead was sent: She hired Jim Adler for this one.

[Click here for the case link](#)