IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:19-cv-2025-K-BN |
| | § | |
| MCNEIL CONSULTANTS, LLC d/b/a | § | |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| QUINTESSA MARKETING, LLC d/b/a | § | |
| ACCIDENT INJURY LEGAL CENTER, | § | |
| and LAUREN VON MCNEIL, | § | |
| | § | |
| Defendants. | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 27, 2023, on Plaintiffs' Motion for Partial Summary Judgment [Dtk. No. 96], and after considering Plaintiffs' Objections filed on August 10, 2023 [Dtk. No. 184], and making a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made, the objections are OVERRULED. The Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge are accepted.

Plaintiffs' Motion for Partial Summary Judgment [Dkt. Nos. 85 (redacted) and Dkt. No. 96] is DENIED.

**SO ORDERED.**

**Signed August 28th, 2023.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE